UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 09-466-SLT |
| | ) | |
| v. | ) | |
| | ) | |
| Jesus ZAMBADA-GARCIA, | ) | |
| Defendant. | ) | |

Consent to Transfer of Case
For Plea and Sentence
(Under Rule 20)

I, Jesus ZAMBADA-GARCIA, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, and to consent to the disposition of the case in the District of Columbia in which I am under arrest and to waive trial in the above captioned district.

Dated: 12-4-12

_____
Jesus ZAMBADA-GARCIA
Defendant

_____
Mr. Guadalupe Valencia, Esq.
Counsel for Defendant

Approved

_____
ARTHUR G. WYATT
Chief
Narcotic and Dangerous Drug Section
Criminal Division, U.S. Department of Justice

_____
LORETTA E. LYNCH
United States Attorney
Eastern District of New York

U.S. Department of Justice

Rule 20 - Transfer Notice

| To: | District: | Date: |
|---|---|---|
| LORETTA E. LYNCH<br>United States Attorney | EASTERN DISTRICT OF NEW YORK | 1/23/2013 |

| Name of Subject: | Statute Violations: | File Data (Initials and Number): |
|---|---|---|
| Jesus ZAMBADA-GARCIA | Title 21 U.S.C. §§ 848, 952, 959, 960, 963, and 18 U.S.C. § 2 | Criminal No. 09-466-SLT |

## Part A - District of Arrest

[ ] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

[X] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division of the U.S. Department of Justice in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.

[ ] Other (Specify):

[ ] The above-named defendant entered a plea of guilty under Rule 20.
Date of Plea:          Date of Sentence:                    Sentence:

| From (Signature and Title):<br><br>ARTHUR G. WYATT<br>CHIEF<br>Narcotic and Dangerous Drug Section<br>Criminal Division<br>U.S. Department of Justice | Address:<br><br>145 N Street, N.E.<br>East Wing, Second Floor<br>Washington, D.C. 20530 |
|---|---|

## Part B - District of Offense

[X] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
          on          at          o'clock.
(Kindly notify me of any anticipated delay.)

[X] Enclosed are two certified copies of indictment or information. Criminal No. 09-466-SLT

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| Signature (Name and Title):<br>LORETTA E. LYNCH<br>United States Attorney | District:<br><br>Eastern District of New York | Date:<br><br>1-23-2013 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rule 7 & 20, Federal Rules of Criminal Procedure.

Replaces OBD-101, Feb. 83 edition may be used
FORM USA-731