Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 26, 2017

Ms. Patricia E. Notopoulos, Esq.
Ms. Andrea Goldbarg, Esq.
Mr. Michael Robotti, Esq.
Assistant United States Attorneys
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**RE**: **United States v. Joaquin Archivaldo Guzman Loera, 09 CR 466 (BMC)**

Dear Ms. Notopoulos, Ms. Goldbarg, and Mr. Robotti:

Please accept this letter in lieu of a formal motion for discovery. Pursuant to *United States v. Rauscher*, 119 U.S. 407 (1886) *and* Extradition Treaty, May 4, 1978, [1979] U.S.- Mexico, 31 U.S.T. 5059, please provide on or before February 3, 2017 the following:

1. the request for extradition made by the United States Department of State to the government of Mexico, including:

(a) the statement of the facts of the case;

(b) the transcript of any grand jury proceedings underlying any charge or indictment presented to the government of Mexico;

(c) the transcript of the grand jury proceedings which led to the indictment and all superseding indictments in this District;

(d) the text of the legal provisions describing the essential elements of the offense;

(e) the text of the legal provisions describing the punishment for the offense;

(f) the text of the legal provisions relating to the time limit on the prosecution or the execution of the punishment of the offense;

(g) the facts and personal information of the person sought which permitted his identification and information concerning his location;

(h) the certified copy of the warrant of arrest issued by a judge or other judicial officer of the United States; and

(I) Evidence which, in accordance with the laws of Mexico, would justify the apprehension and commitment for trial of the person sought if the offense had been committed there.

Thank you for your attention to this matter.

Very truly yours,

/s/

Michael K. Schneider, Esq.
Michelle Gelernt, Esq.

cc: Hon. Brian M. Cogan
Clerk of the Court (by ECF)
Mr. Joaquin Guzman