Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 31, 2017

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Joaquin Archivaldo Guzman Loera, 09 CR 466 (BMC)**

Your Honor:

We write in response to the Court's order of January 30, 2017, which asked the parties to "file a line-item agenda of the topics each side intends to raise for discussion during the 2/3/2017 status conference." At Friday's status conference, Mr. Guzman intends to raise the following issues:

1. The designation of this matter as "so unusual or so complex" that, under 18 U.S.C. § 3161(h)(7)(B)(ii), it would be unreasonable to expect the parties to be prepared for trial in the seventy day period found in U.S.C. § 3161(c)(1).

2. The government's request for a protective order before it will provide discovery.

3. The nature, extent, and form of the government's discovery and the schedule of when it will be provided.

4. The government's letter of January 27, 2017, which requests that the Court (a) inquire about Mr. Guzman's financial eligibility for appointed counsel and (b) appoint *Curcio* counsel and hold a *Curcio* hearing regarding alleged conflicts of interest if the Federal Defenders continue to represent Mr. Guzman.

5. The nature of Mr. Guzman's detention, especially as it relates to his ability to retain counsel of his choice.

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Michael K. Schneider, Esq.
Michelle Gelernt, Esq.

cc: Clerk of the Court [by ECF]
AUSA Patricia Notopoulos, Esq.
AUSA Andrea Goldbarg, Esq.
AUSA Michael Robotti, Esq.
AUSA Hiral Mehta, Esq.
Mr. Joaquin Guzman