**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:AG:PEN:MR
F# 2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 17, 2017

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-0466 (S-4) (BMC)

Dear Judge Cogan:

The government respectfully submits this letter requesting an adjournment of the deadline to reply to the defendant's response, dated February 15, 2017 (see Dkt. Entry No. 41), to the government's proposed protective order (see Dkt. Entry No. 28). At the last status conference held on February 3, 2017, the Court ordered the government to reply by February 20, 2017. For the reasons set forth below, the government seeks an adjournment of the deadline to file its reply until February 24, 2017. The defendant, through defense counsel Michelle Gelernt, Esq., and Michael Schneider, Esq., have consented to this request.

As the Court is aware, after initially seeking a joint protective order, the government attached its proposed protective order to a motion filed on February 2, 2017, pursuant to Rule 16 of the Rules of Criminal Procedure and Title 18, United States Code, Section 3500. After reviewing the defendant's response to that motion, the government contacted defense counsel on February 16, 2017, in an attempt to come to an agreement on proposed changes to the protective order. The conversation was productive, and the parties agreed to propose new language regarding certain items and to continue to discuss other areas of dispute with the goal of resolving matters short of the Court's intervention.

Accordingly, the government respectfully requests that the Court grant the proposed adjournment in the interests of judicial economy to allow the government to continue to work with the defendant to formulate a protective order that is amenable to all parties. The government will provide the Court with an update about the status of continuing negotiations, or file a reply to any remaining defense objections, by February 24, 2017.

Respectfully submitted,

ROBERT L. CAPERS
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

WIFREDO A. FERRER
UNITED STATES ATTORNEY
Southern District of Florida

cc: Michelle Gelernt, Esq.
Michael Schneider, Esq.