**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP: HDM
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 30, 2017

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

The government respectfully requests leave to file a brief sur-reply to address new issues raised in defendant Joaquin Archivaldo Guzman Loera's (the "defendant") Reply Memorandum in Support of Defendant's Motion to Vacate or Modify Special Administrative Measures, Dkt. No. 54 (filed March 29, 2017), including, but not limited to, Amnesty International's request to visit the Metropolitan Correctional Center to assess prison conditions and interview the defendant.

The government requests permission to file the sur-reply by April 7, 2017. The defendant consents to our request and will notify the Court within one day of the government's proposed sur-reply if the defendant intends to respond.

Respectfully submitted,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

OF COUNSEL:
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

cc: Michelle Gelernt, Esq. (counsel to defendant)
Michael Schneider, Esq. (counsel to defendant)
Edward Zas, Esq. (counsel to defendant)