**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 8, 2017

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>**Re: United States v. Joaquin Archivaldo Guzman Loera, 09 CR 466 (BMC)**</u>

Your Honor:

      We write to request that the Court allow the defendant to respond to the government's sur-reply, which was filed on April 7, 2017. The defendant requests permission to file his response by April 14, 2017.

      Thank you for your attention to this matter.

                                                  Respectfully submitted,

                                                          /s/

                                                  Michelle Gelernt, Esq.
                                                  Michael K. Schneider, Esq.
                                                  Edward S. Zas, Esq.

cc:     Clerk of the Court [by ECF]
          AUSA Patricia Notopoulos, Esq.
          AUSA Andrea Goldbarg, Esq.
          AUSA Michael Robotti, Esq.
          AUSA Hiral Mehta, Esq.
          Mr. Joaquin Guzman