**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:AG/PEN/MPR/HDM
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 10, 2017

By Hand and ECF

Michelle A. Gelernt, Esq.
Michael Schneider, Esq.
Edward Zas, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order (see Dkt. No. 57). The government is also producing draft transcripts pursuant to the March 8, 2017 signed stipulation between the parties. This supplements discovery previously provided on March 8, 2017. The government will continue to produce discovery on an ongoing basis. The government also requests reciprocal discovery from the defendant.

I. The Government's Discovery

A. The Defendant's Criminal History

The government is not aware of any criminal history of the defendant in the United States.

The government is aware that the defendant has a criminal history in Mexico.

B. The Defendant's Statements

Enclosed please find the following:

- One compact disc containing (1) draft transcripts and translations of the defendant's intercepted electronic communications, Bates-stamped numbers 0000000088-0000000093 and (2) 272 draft summaries and translations of audio recordings with the defendant and/or his associates, Bates-stamped numbers 0000000094-0000000462.

- One compact disc containing 272 audio recordings with the defendant and/or his associates, Bates-stamped number 0000000463.

C. Documents and Tangible Objects

The government will produce documents and tangible objects discoverable under Rule 16 on a rolling basis. You may examine the physical evidence discoverable under Rule 16, including original documents, when available, by arranging a mutually convenient time with the government.

D. Reports of Examinations and Tests

The government will produce these items on a rolling basis.

E. Expert Witnesses

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion.

At present, the government anticipates calling various experts at trial to testify in connection with this case. For example, various experts will testify regarding the laboratory analysis of narcotics seized. The government anticipates calling a narcotics expert to testify regarding methods of importing and distributing bulk quantities of cocaine, heroin, methamphetamine and marijuana, including the production, processing, packaging and pricing of those narcotics. The government also intends to call a ballistics expert to testify about the operability, trace reports and characteristics of any seized firearms and ammunition. As additional experts are identified, we will provide appropriate notice.

The identity, qualifications, and bases for the conclusions of each expert will be provided to you when they become available.

F. Brady Material

The government is not aware of any exculpatory material regarding the defendant. The government understands and will comply with its continuing obligation to

produce exculpatory material as defined by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.

Before trial, the government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500, as well as impeachment materials. See Giglio v. United States, 405 U.S. 150 (1972).

G. Other Crimes, Wrongs or Acts

The government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

II. The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. See Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

III. Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

Enclosures

cc: Clerk of the Court (BMC) (by ECF) (without enclosures)