Brooklyn Federal Court,

3-27-17

To be color blind seems to be the consequence of a misinterpretation of reality that involves extenuating circumstances on the part of others which may be the result of inadequate sequestration caused regressive series (Kantian) that is as sweet as honey. As intelligent or more as you think you are. In a previous note I misspelled a word to do with physiology or something or mistake was your mistake. You are offending civility with your with your sodomitical education. Anyway, you may also have an absurd Semetic interpretation that 'El Chapo' finds abhorent. He loves America, moreover. His people have struggled with American democracy for generation after generation. This is the point of departure that Steve Martini has grappled with along with Lee Child in his 61 Hours novel. Moreover, the memorial to the foregotten soldier is becoming universal. Your knowledge is based on arrogance. I am singled out to try to correct this mistake in you — by the use of a sledgehammer. I am not trying to be facetious. Somewhere along the line you will notice how your understanding has dovetailed with a rabid animals. Now you may dismiss what I am saying to you. Your appetites depend on it. That is a painful thing to have to constantly experience from you if one is Mexican, African, or Moslem, etc. They all have come to see your point of view. You don't have one. You are soulless. You are an 'educated fool'. You don't know the difference between night and day. Thus, you may earn your keep. I am half of the way into the Alienist by Caleb Carr. It is a simple mistake

to make to be hoodwinked into telling such lies. A New York Times phenomenal bestseller about New York from a bleeding heart perspective. Mr. Carr was a very young man at the time. I foregive him. Contemporary society foregives him. Other thriller writers have not foregiven him. Not all of them are New York products. I had to be contemporary, also. I had to find some of the thriller writers, alive or dead. 'El Chapo' got caught up in their vortex, deliberately or not. His capture is an insult to humanity. I do not expect you to know this. You are a eunuch. I am tired of you. Why hasn't New York produced anyone distinguished enough to have an impact - other than a violent one - on America in many many years? You can't see the law from this angle. You are getting hit mercilessly. New York is an unreality to be exploited by a drug cartel. How are you going to change this? The extradition of 'El Chapo' to New York to your district court is a laughing matter. You are a puppet now. You are surrounded by the false Christ of your own making. 'El Chapo' knows this. It is his job to know you. This has hardly anything to do with being a grand inquisitor. Let's not go there. We are not ~~politicians~~ politicians. It is your conscience that is the issue here. History is a science. Let us hope that it will only become an even better science. This is 'El Chapo's' desire: to improve his story. This way he will not be as selfish as you. He tries to avoid the reputation of a Jew. I am writing to you from a see-sick point of view you might say. Have a good day.

L. W.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

April 4, 2017

**Via First Class Mail**
Douglas Palmer, Clerk of Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Mr. Palmer:

Enclosed please find correspondence received in error in the Office of the Clerk of Court for the Southern District of New York.

If you have any questions, please contact the Clerk's Office at (212) 805-0140.

Sincerely,

Richard Wilson
Chief Deputy Clerk, Administration

Enclosure

37 Marion St.
Seattle, Wa. 98104

SEATTLE WA 981
MAR 2017 PM 8 L

USM P3
SDNY

RECEIVED
APR 03 2017
CLERK'S OFFICE
S.D.N.Y.

Federal Court - Brooklyn
500 Pearl St.
New York, N.Y.

USA FOREVER