**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP/AG
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 2, 2017

By Hand and ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

Pursuant to the Court's April 4, 2017 Order, the government and the defendant respectfully jointly submit this proposed agenda for the status conference currently scheduled for May 5, 2017.

The parties anticipate raising the following line-item issues:

1) Curcio hearing.

2) Special Administrative Measures:
   a. The defense will address its motion to modify or vacate the SAMs;
   b. The government will address certain proposed and accepted modifications; and
   c. The defense will discuss the use of the Firewall Counsel to vet visitors.

3) Discovery:
   a. The defense will raise its discovery request related to the Rule of Specialty and extradition;
   b. The defense will address its request for contact legal visits; and
   c. The government can, if requested, provide an update on its ongoing discovery productions.

4) Briefing schedule for defense motion to dismiss the Indictment related to the Rule of Specialty.

Respectfully submitted,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

.

cc: Michelle Gelernt, Esq.
Michael K. Schneider, Esq.
Edward S. Zas, Esq.

Clerk of the Court (BMC) (by ECF)