**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP: MPR
F# 2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 12, 2017

By ECF

The Honorable Roanne L. Mann
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-0466 (S-4) (BMC) (RLM)

Dear Judge Mann:

Pursuant to the Court's May 10, 2017 order, see Dkt. No. 75, the government respectfully submits this letter to advise the Court that the parties have agreed upon the following briefing schedule related to the defendant's motion for contact visits with defense counsel at the Metropolitan Correctional Center:

June 2, 2017: Government Brief Due

June 16, 2017: Defense Response Brief Due

June 23, 2017: Government Reply Brief Due

Accordingly, the parties respectfully request that the Court enter an order setting the proposed briefing schedule.

Respectfully submitted,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

cc. Clerk of Court (BMC) (RLM) (by ECF)
Michelle Gelernt, Esq. (by ECF)
Michael Schneider, Esq. (by ECF)
Edward Zas, Esq. (by ECF)