**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

AG
F. #2009R01065

June 7, 2017

By Hand and ECF

Michelle A. Gelernt, Esq.
Michael Schneider, Esq.
Edward Zas, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order (see Dkt. No. 57). The government is also producing draft transcripts pursuant to the March 8, 2017 signed stipulation between the parties. This supplements discovery previously provided on March 8, 2017, April 10, 2017, and May 5, 2017. The government will continue to produce discovery on an ongoing basis. The government also requests reciprocal discovery from the defendant.

I. The Government's Discovery

| Bates-stamped numbers | Description |
|---|---|
| 0000003882-0000004199 | Intentionally left blank. |

| | |
|---|---|
| 00000004200-0000006728 | Two compact disc (one for the defendant and one for defense counsel) containing: photographs from drug seizure, laboratory reports and analysis, drug ledgers, international evidence; applications and orders. |

Very truly yours,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

Enclosures

cc: Clerk of the Court (BMC) (by ECF) (without enclosures)