Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

July 11, 2017

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Joaquin Archivaldo Guzman Loera, 09 CR 466 (BMC)**

Your Honor:

Pursuant to the Court's order of July 10, 2017, we respectfully submit this letter to advise the Court that the parties have agreed upon the following briefing schedule related to the defendant's motion to dismiss the Indictment:

| | |
|---|---|
| August 3, 2017: | Defendant's Brief Due |
| August 31, 2017: | Government's Response Brief Due |
| September 14, 2017: | Defendant's Reply Brief Due |

Respectfully submitted,

/s/

Michelle Gelernt, Esq.
Michael K. Schneider, Esq.
Edward S. Zas, Esq.

cc: Clerk of the Court [by ECF]
Ms. Patricia Notopoulos, Esq.
Ms. Andrea Goldbarg, Esq.
Ms. Michael Robotti, Esq.
Mr. Hiral Mehta, Esq.