Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

July 20, 2017

**By ECF**

The Honorable Roanne L. Mann
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Joaquin Archivaldo Guzman Loera, 09 CR 466 (BMC)**

Your Honor:

Pursuant to the Court's order of July 6, 2017, the parties respectfully jointly submit this status report regarding their attempts to negotiate a resolution to their dispute regarding contact counsel visits.

It is the government's position that contact visits are not constitutionally required and are a security risk. The government remains willing to make appropriate, agreed upon modifications to the current attorney visiting room to facilitate discovery review during non-contact visits.

The defendant maintains that the non-contact requirement imposed on Mr. Guzman by the BOP impermissibly burdens his Sixth Amendment rights to counsel and to participate in his defense, and his Fifth Amendment right to access to the courts.

After discussions between the parties and between the government and the BOP, the parties have therefore been unable to reach a negotiated resolution of this issue.

Respectfully submitted,

/s/

Michelle Gelernt, Esq.
Michael K. Schneider, Esq.
Edward S. Zas, Esq.

cc: Clerk of the Court [by ECF]
*US v. Guzman* prosecution team [by ECF]