**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP/AG
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 7, 2017

By Hand and ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

Pursuant to the Court's August 1, 2017 Order, the government respectfully submits this proposed agenda for the status conference currently scheduled for August 14, 2017.

I. Classified Information Procedures Act ("CIPA")

The Court has requested a proposed schedule for CIPA discovery in this matter. In this regard, the Government will file a CIPA Section 2 notice before the August 14, 2017 status conference. In an effort to adhere to the current trial date of April 16, 2018, the government proposes a January 16, 2018 deadline for the filing related to all potential discovery pursuant to CIPA Section 4.

II. Discovery

The government continues to produce discovery on a rolling basis. Since the last status conference, the government made two substantial discovery productions on June 7, 2017 and July 21, 2017, and will make another production on or about August 11, 2017. The government will continue to produce discovery on a rolling basis until discovery production has been completed.

Respectfully submitted,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

.

cc: Michelle Gelernt, Esq.
Michael K. Schneider, Esq.
Edward S. Zas, Esq.

Clerk of the Court (BMC) (by ECF)