Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

August 7, 2017

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Joaquin Archivaldo Guzman Loera, 09 CR 466 (BMC)**

Your Honor:

Pursuant to the Court's order of August 1, 2017, we respectfully submit this proposed agenda for the status conference currently scheduled for August 14, 2017.

The defense anticipates raising the following issues:

1) STATUS OF REPRESENTATION – Mr. Guzman has executed retainer agreements with private counsel. Counsel are reluctant, however, to formally appear without government assurance that it will not seek to forfeit their legal fees. We understand that the requested assurance thus far has not been forthcoming.

   a. We will ask the Court to set a deadline for the government to notify the defendant whether it will agree not to seek to forfeit legal fees.

   b. We will ask the Court, on behalf of the above-referenced private counsel, to allow them to file provisional notices of appearance to address the issue of forfeiture of legal fees.

   c. We will ask the Court, on behalf of the above-referenced private counsel, to allow them to begin to review discovery upon execution of the protective order already in place.

2) DISCOVERY AND § 3500 MATERIAL

   a. Mr. Guzman, present counsel from the Federal Defenders, and prospective private counsel are committed to commencing trial on the date set by the Court at the last status conference. To that end, the defense asserts that the pace of

disclosure by the government must accelerate and that § 3500 material (which is expected to be extensive) must be disclosed sufficiently in advance of the trial date to allow counsel to adequately prepare. We intend to discuss the schedule for these disclosures.

3) NON-LEGAL VISITS

a. We understand that certain members of Mr. Guzman's family have been approved to visit him at the MCC. We are working to schedule a visit. Presently, we don't anticipate asking the Court for any assistance on this issue, but we may ask to discuss this matter in court depending on what occurs between this filing and August 14.

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Michelle Gelernt, Esq.
Michael K. Schneider, Esq.
Edward S. Zas, Esq.

cc: Clerk of the Court [by ECF]
Ms. Patricia Notopoulos, Esq.
Ms. Andrea Goldbarg, Esq.
Mr. Michael Robotti, Esq.
Mr. Hiral Mehta, Esq.