**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PEN/AG
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 11, 2017

ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (BMC) (S-4)

Dear Judge Cogan:

The government respectfully submits this letter in response to the defendant's request that the Court (1) set a deadline for the government to respond to private counsel's request for an assurance that the government will not seek forfeiture of funds received for payment of legal fees in the above-referenced case and (2) allow private counsel to file a provisional notice of appearance. See Dkt. No. 112. For the reasons set forth below, the government submits that the defendant's request should be denied.

Certain private counsel have contacted the government and advised that they have obtained signed retainer agreements from the defendant. These attorneys, however, have sought prospective, written assurance that the government will not seek, at any time, to forfeit any legal fees collected by them for their representation of the defendant. In response, the government has advised private counsel that it will not grant a blanket, prospective assurance that it will forgo forfeiture of any and all funds received from the defendant for his legal fees. The government also advised that, should an actual forfeiture issue arise with respect to attorney fees, the parties can address the issue at that time. Therefore, the government respectfully requests that the Court deny the defendant's request to set a deadline to provide the aforementioned assurance as moot.

Similarly, the defendant requested that private counsel be allowed to file provisional notices of appearance while the assurance issue was being resolved. As noted above, this issue has been resolved, and therefore the defendant's request should also be denied as moot.

Once private counsel file standard notices of appearance and sign the protective order, the government is prepared to produce discovery to them forthwith.

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN GREENBERG
Acting United States Attorney
Southern District of Florida

cc: Michelle Gelernt, Esq.
Michael Schneider, Esq.
Edward Zas, Esq.