**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:HDM
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 31, 2017

By Hand and ECF

The Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Mann:

The government respectfully submits this letter to request a brief adjournment of the deadline set by the Court in its August 29, 2017 Order in which the Court requested that the government file an updated declaration by the Captain at the Metropolitan Correctional Center ("MCC") concerning any modifications that have been made to conditions at MCC. The government has learned that a family member of the declarant unexpectedly passed away and he is therefore unavailable until the week of September 11, 2017. As such, the government will be unable to obtain a declaration by the Court's requested date, Friday, September 1, 2017. Accordingly, the government requests a brief adjournment to Tuesday, September 12, 2017, to file the requested declaration, with the defendant's response due on September 15, 2017. The government has conferred with defense counsel, who consent to this request.

Respectfully submitted,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section

Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

.

cc: Michelle Gelernt, Esq.
Michael K. Schneider, Esq.
Edward S. Zas, Esq.

Clerk of the Court (RLM) (by ECF)