Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 13, 2017

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Joaquin Archivaldo Guzman Loera, 09 CR 466 (BMC)**

Your Honor:

We respectfully submit this letter to advise the Court that the parties have agreed upon the following briefing schedule related to the defendant's motion to dismiss as time barred Counts Ten, Eleven, Fourteen, and Fifteen of The Fourth Superseding Indictment:

| | |
|---|---|
| September 13, 2017: | Defendant's Brief Due |
| September 28, 2017: | Government's Response Brief Due |
| October 14, 2017: | Defendant's Reply Brief Due |

Retained defense counsel, Mr. Balarezo has confirmed to the government that he intends to adopt the motion and will file the defendant's Reply.

Respectfully submitted,

/s/

Michelle Gelernt, Esq.
Michael K. Schneider, Esq.
Edward S. Zas, Esq.

cc: Clerk of the Court [by ECF]
Mr. A. Eduardo Balarezo
AUSA Patricia Notopoulos, Esq.
AUSA Andrea Goldbarg, Esq.
AUSA Michael Robotti, Esq.
AUSA Hiral Mehta, Esq