**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP/MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 19, 2017

By ECF

Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, DC 20004

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

The government's next production of supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure is available for you to obtain from the third-party vendor. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. The government is also producing draft transcripts pursuant to the September 12, 2017 signed stipulation between the parties. This supplements discovery previously provided on March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017 July 21, 2017 and August 11, 2017. The government will continue to produce discovery on an ongoing basis. The government also requests reciprocal discovery from the defendant.

## I. The Government's Discovery

### A. Documents and Tangible Objects

| Bates-stamped numbers | Description |
|---|---|
| 00000030868-00000030887<br>00000030894-00000030917<br>00000030921-00000032549 | Documents related to drug seizures, including photographs, toll records, law enforcement reports and scientific reports |
| 00000032550-00000044186 | Intercepted electronic communications and accompanying draft transcripts |

| | |
|---|---|
| 00000044187-00000053317 | Recorded electronic communications and accompanying draft transcripts |
| 00000053318-00000054047<br>00000054049-00000054088 | Intercepted and recorded wire and electronic communications and accompanying draft transcripts; data related to recorded wire communications; Metropolitan Detention Center records; State Department records; photos; law enforcement and scientific reports; video related to drug seizure |
| 00000030888-00000030893<br>00000030918-00000030920<br>00000054048 | Intentionally left blank |

B. Expert Witnesses

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion. This letter supplements expert notice provided to the defendant by letter dated April 10, 2017.

The government anticipates calling the following experts: (1) a cryptologist to testify about deciphering codes and the use of codes to protect illicit information; (2) a firearms expert to testify about the characteristics of seized firearms and ammunition; and (3) an expert in the Spanish language to testify about the English translation of Spanish-language statements.

The government will provide the identity, qualifications, and bases for the conclusions of each expert to you when they become available. As the government identifies additional experts, it will provide appropriate notice.

Very truly yours,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

Enclosures

cc: Clerk of the Court (BMC) (by ECF) (without enclosures)