BALAREZO LAW
CRIMINAL DEFENSE

September 25, 2017

The Honorable Brian M. Cogan
United States District Judge
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Archivaldo Guzmán Loera*
Case No. 09-CR-0466(S-4)(BMC)

Dear Judge Cogan:

I respectfully write on behalf of Mr. Guzmán and with the consent of the government to request a brief continuance of the status conference currently scheduled for Monday, November 6, 2017. Undersigned counsel only recently entered his appearance and is unable to appear on the currently scheduled date. The parties are available on November 8 or 9 if the Court can accommodate those dates. Mr. Guzmán consents to a tolling of the Speedy Trial Act until the next hearing as set by the Court.

Thank you in advance for your consideration of this request.

Sincerely,

A. Eduardo Balarezo
*Counsel for Joaquín Guzmán Loera*

400 Seventh street, NW Ste 306 Washington, DC 20004

A. Eduardo Balarezo, Esq. (202) 639-0999 (tel) aeb@balarezolaw.com (email)
Admitted in DC, NY & MD (202) 639-0899 (fax) www.balarezolaw.com (web)