**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP/MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 2, 2017

By E-Mail and ECF

Michelle A. Gelernt, Esq.
Michael Schneider, Esq.
Edward Zas, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

During the status conference on August 14, 2017, the Court advised that it would permit you to remain in the above-captioned case for a 30-day period after the defendant's retained counsel filed his notice of appearance, which would allow newly-retained counsel to transition onto the case. As you are aware, the defendant has retained attorney A. Eduardo Balarezo, Esq., who filed his notice of appearance in this matter on September 3, 2017. See Dkt. No. 125. Thus, the 30-day period expires tomorrow, October 3, 2017. Pursuant to the Protective Order dated April 3, 2017, you are required to return all protected discovery materials to the government. Specifically, you must return the discovery materials the government produced to you on March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017 and August 11, 2017.

As you are no longer counsel of record, you also will not be permitted to conduct legal visits with the defendant, nor are you permitted to visit him under any other provision of the Special Administrative Measures under which the defendant is currently held.

If you have any questions, please do not hesitate to contact us.

Very truly yours,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF)