Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 4, 2017

Ms. Andrea Goldbarg, Esq. *et al*
Assistant United States Attorneys
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**RE**: **United States v. Joaquin Archivaldo Guzman Loera, 09 CR 466 (BMC)**

Dear Counsel:

Please find enclosed with this letter eight (8) disks containing discovery previously provided to us by the government. These disks represent all of the government-provided discovery material possessed by us at this time. We previously returned to you a government-provided external hard drive that also contained discovery.

Thank you for your attention to this matter.

Very truly yours,

/s/

Michael K. Schneider, Esq.
Michelle Gelernt, Esq.

enc.

cc: Clerk of the Court (by ECF)