**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AG:AF
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 6, 2017

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

Pursuant to the Court's November 2, 2017 order, the government respectfully submits this proposed agenda for the November 8, 2017 status conference and provides an update as to the Metropolitan Correctional Center's ("MCC") compliance with the Court's October 17, 2017 order.

I. *Curcio* Hearing

The government respectfully requests that the Court hold a Curcio hearing in response to defense counsel's September 6, 2017 letter concerning a possible conflict of interest. See Dkt. Nos. 126, 157.

II. Discovery

The government has been diligently working to comply with its discovery obligations. To date, it has produced more than 90,000 pages of documents, thousands of intercepted and recorded audio and electronic communications and dozens of videos. It anticipates that, by mid-November 2017, it will have produced the vast majority of the responsive Rule 16 discovery in its possession, custody and control. The government further expects that it will make several smaller productions following its mid-November 2017 production. For instance, the government anticipates receiving additional documents from third parties in response to legal process, as well as foreign-held documents in response to Mutual Legal Assistance Treaty requests. The government will provide responsive documents to the defense as soon as it receives them.

Additionally, the government anticipates filing a motion to delay disclosure of certain documents due to safety concerns, with an accompanying ex parte submission detailing the factual underpinnings supporting this request. The government expects to file that motion following its discovery production in mid-November 2017.

III. Defense Motion for Psychological Evaluation

On November 2, 2017, the defendant filed a letter requesting a contact visit between the defendant and an expert for the purpose of a neuropsychological examination. See Dkt. No. 161. The government does not oppose the defendant's request for the evaluation. However, for the reasons stated in the Court's October 17, 2017 Order, see Dkt. No. 155, the Court should deny the defendant's request for a contact visit. The defendant's proposed expert acknowledges that the examination can be conducted without a contact visit; thus, in light of the countervailing security concerns, the Court should not permit a contact visit. The government will work with defense counsel and the MCC to facilitate the examination.

In his letter, the defendant also raised various complaints regarding his conditions of confinement. See Dkt. No. 161. The government notes that the defendant raised several of these complaints for the first time in this letter to the Court, without conferring first with the government or appropriate MCC staff. The government has conferred with defense counsel and MCC staff regarding these issues in an attempt to resolve them without the need for Court intervention. The government will continue to work with defense counsel to resolve these issues, and it will provide updates to defense counsel as information becomes available.

IV. Classified Information Procedures Act ("CIPA")

The government will provide an update on the status of pending CIPA litigation.

V. MCC Compliance with Court Orders

The government confirms that the MCC has made all of the accommodations pursuant to the Court's October 17, 2017 order. See Dkt. No. 155. Specifically, the MCC has installed a "pass-through" to accommodate the exchange of documents between the defendant and his counsel, and it has installed a monitor to facilitate the simultaneous review of

documents by defense counsel and the defendant. In addition, the MCC completed the modifications to the auxiliary room required by the Court's October 17, 2017 Order.

Respectfully submitted,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

cc: A. Eduardo Balarezo, Esq.
Clerk of the Court (BMC) (by ECF)