# BALAREZO LAW
CRIMINAL DEFENSE

November 6, 2017

The Honorable Brian M. Cogan
United States District Judge
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Archivaldo Guzmán Loera*
Case No. 09-CR-0466(S-4)(BMC)

Dear Judge Cogan:

Pursuant to the Court's Order of November 2, 2017, the defense respectfully submits this proposed agenda for the status conference currently scheduled for November 8, 2017.

We anticipate raising the following issues:

1. Request for *Curcio* hearing – Counsel previously submitted its Notice of Potential Conflict of Interest (Doc. No. 126). The parties have responded and replied (Docs. No. 158 & 158). Counsel also understands that *Curcio* counsel has met with Mr. Guzmán. The issue appears to be ripe for adjudication.

2. Psychological evaluation – Counsel recently submitted a letter requesting authorization for a contact visit with an expert for the purpose of a psychological evaluation (Doc. No. 161). The defense will request that the Court authorize such a visit for the reasons set forth in the letter.

3. Rule 16 discovery – The government has informed the defense that its discovery production is almost complete except for documents in the possession of third parties and MLAT requests it has made to foreign governments. The defense will ask the Court to set a deadline by which the government shall produce all discovery.

The government has stated in its Agenda that it "anticipates filing a motion to delay disclosure of certain documents due to safety concerns, with an accompanying ex parte submission detailing the factual underpinnings supporting this request." Gov. Agenda at 2. The defense will oppose that motion when filed.

400 Seventh Street NW Ste 306 Washington, DC 20004
A. Eduardo Balarezo, Esq.
Admitted in DC, NY & MD
tel 202.639.0999
fax 202.639.0899
email aeb@balarezolaw.com
web www.balarezolaw.com

4. <u>§ 3500 production</u> – The government has indicated that it will produce § 3500 material on a rolling basis beginning with statements of United States law enforcement officers two months prior to trial; the statements of witnesses with low or no security concerns one month prior to trial; and the statements of witnesses with security concerns shortly before trial. The defense anticipates that the crux of the government's case against Mr. Guzmán will be the testimony of government cooperators whose statements fall into the third category. The defense believes that it will need more than just a week or two to review and be able to investigate the § 3500 material to zealously represent Mr. Guzmán and will aski the Court for a set schedule that will afford the defense more time to prepare for trial.

Respectfully submitted,

**BALAREZO LAW**

By: ______________________________

A. Eduardo Balarezo, Esq.
Bar # AB7088
400 Seventh Street, NW
Suite 306
Washington, DC 20004
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Joaquín Guzmán Loera*

cc: the Parties via ECF