**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 21, 2017

By ECF and Email

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

The government's next production of supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure will be available for you tomorrow to obtain from the third-party vendor. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. The government is also producing draft transcripts pursuant to the parties' September 12, 2017 signed stipulation.

By a separate letter sent to you today, the government also is providing (1) notice of certain potential government witnesses' photo identifications of the defendant and (2) inventory notice pursuant to 18 U.S.C. § 2518(8)(d) of Title III wiretap orders in which the defendant was named and/or pursuant to which he was intercepted. That letter is subject to the terms of the Court's April 3, 2017 Protective Order. See id.

This discovery production supplements previous productions on March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017, September 19, 2017, October 17, 2017 and November 7, 2017. The government will continue to produce discovery on an ongoing basis. The government also requests reciprocal discovery from the defendant.

The Government's Discovery

| Bates-stamped numbers | Description |
| --- | --- |
| 0000099539-0000099687<br>0000099690-0000107267<br>0000121087-0000121204<br>0000121800[1] | Court applications; intercepted electronic communications and accompanying draft translations; draft translations and summaries of intercepted wire communications; documents related to drug seizures, including law enforcement reports and photographs |
| 0000146945 – 0000169471 | Intercepted and recorded electronic communications and accompanying draft translations and summaries |
| 0000169472 – 0000169479 | Intercepted electronic communications, including statements of the defendant; photographs |
| 0000169480 – 0000169487 | Documents related to drug seizures, including photographs and scientific reports; surveillance photographs |
| 0000169488 – 0000169761 | Documents related to a drug seizure, including photographs and scientific reports |
| 0000169762 – 0000169770 | Letter from the defendant |
| 0000169771 – 0000169853 | Drug ledgers |
| 0000169854 – 0000169859 | Report of the defendant's statements |
| 0000169860 – 0000169955 | Recorded wire communications and accompanying draft translations and summaries |
| 0000169956 – 0000169957 | Recorded calls made by the defendant from prison |

[1] The government left these Bates-numbers intentionally blank in its November 7, 2017 production.

| | |
|---|---|
| 0000169958 – 0000169983 | Documents related to drug and weapons seizures, including photographs and law enforcement reports |
| 0000169984 – 0000170217 | Documents related to intercepted wire communications, including draft summaries |
| 0000170218 – 0000170251 | Drug ledgers |
| 0000170252 – 0000181483 | Documents related to intercepted wire communications, including draft transcripts and translations; documents related to drug seizures, including photographs, seized documents and law enforcement reports |
| 0000181484 – 0000284945 | Intercepted electronic communications and accompanying draft translations |
| 0000284946 – 0000284954 | Documents provided by Google, Inc. |
| 0000284955 – 0000285460 | Intercepted and recorded electronic communications; photographs |
| 0000285461 – 0000285462 | Two surveillance videos related to drug seizures |
| 0000285463 – 0000293148 | Documents related to drug seizures, including photographs, seized documents, scientific reports and law enforcement reports; draft translations of intercepted wire communications |
| 0000293149 | 165 intercepted wire communications |

The government is also producing sixteen videos described below. The videos from each event contain audio and video footage that identifies law enforcement officers and other persons that cannot be redacted. You may view the videos discoverable under Rule 16, by contacting a member of the prosecution team to arrange a mutually convenient time to view them at the United States Attorney's Office. Alternatively, the government will provide you copies of these documents on the condition that they remain in your possession, custody and control and not be left with the defendant at the MCC. These videos and photographs contain information subject to the April 3, 2017 Protective Order. See Dkt. No. 57.

| Bates-stamped numbers | Description |
|---|---|
| 0000293150 | Eleven videos related to a drug seizure in Ipiales, Colombia |
| 0000293150 | One video related to a drug seizure in Tecate, Mexico |
| 0000293150 | One video related to a tunnel discovered in Tijuana, Mexico |
| 0000293150 | Three videos of a warehouse in Chicago related to a drug seizure |

The government is in possession of the following drug and weapon evidence that it may introduce at trial. Should the government locate any other such evidence, it will notify you promptly. You may examine physical evidence discoverable under Rule 16, including original documents, electronic devices, drug and weapon evidence and other tangible objects, when available, by arranging a mutually convenient time with the government.

| Bates-stamped numbers | Description |
|---|---|
| 0000293151 | 83.46 kilograms of cocaine, 1 AK-47 short barrel, 1 Desert Eagle 9mm pistol, 1 9mm semi-automatic pistol, 65 9mm ammunition, 66 7.72x39 ammunition, 51 .45 caliber ammunition, 2 9mm magazines and 2 9mm extended 30 round magazines seized on November 21, 2013 in Glendale, AZ |
| 0000293152 | 25.01 kilograms of cocaine seized on September 27, 2013 in the Tucson, AZ |
| 0000293153 | 6.0007 kilograms of cocaine seized on July 28, 2012 in Algeciras, Spain |
| 0000293154 | 3.56 kilograms of heroin and 1.76 kilograms of methamphetamine seized on June 7, 2012 in Detroit, MI |
| 0000293155 | 22 kilograms of cocaine and 4.03 kilograms of heroin seized on July 14, 2009 in Palisades, NJ |

| | |
|---|---|
| 0000293156 | 27.735 kilograms of heroin seized in the vicinity of Chicago, IL on November 13, 2008 |
| 0000293157 | 20.04 kilograms of cocaine seized from the Gatun vessel on March 18, 2007 |
| 0000293158 | 43.86 kilograms of cocaine seized on May 24, 2002 in Brooklyn, NY |
| 0000293159 | 22 kilograms of cocaine seized in Franklin Park, IL on September 24, 1994 |
| 0000293160 | One chili pepper can seized in connection with the seizure of 7.3 tons of cocaine in Tecate, Mexico on April 21, 1993 |

Finally, the government notifies you that the documents with the following Bates numbers produced to the defendant on November 7, 2017 are subject to the terms of the Court's April 3, 2017 Protective Order: 0000134031-0000134032, 0000134578-0000134580, 0000135692, 0000138941-0000138943, 0000139441-0000139442, 0000140264, 0000140951 -0000140952.

Very truly yours,

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
ACTING UNITED STATES ATTORNEY
Southern District of Florida

Enclosures

cc: Clerk of the Court (BMC) (by ECF) (without enclosures)