**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:PEN
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 8, 2018

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

Pursuant to the Court's January 8, 2018 order, the government respectfully submits this proposed agenda for the February 15, 2018 status conference.

I. Trial Date

Per the Court's January 10, 2018 Order, the government will be prepared to address the question of its availability for trial in September 2018. See Jan. 8, 2018 Dkt. Entry. The government will request trial to commence on the first available jury return date after the Labor Day holiday (September 3, 2018).

II. Motion Schedule

The government proposes that the Court set a briefing schedule for the government and defendant's respective motions. The government submits the following schedule for its Omnibus In Limine Motions:

(a) First Omnibus In Limine Brief:

1. Brief due: May 7, 2018
2. Opposition due: June 4, 2018
3. Reply due: June 18, 2018

(b) Second Omnibus In Limine Brief:

4. Brief due: August 6, 2018
5. Opposition due: August 13, 2018
6. Reply due: August 20, 2018

The Second Omnibus In Limine Brief is expected to address a limited number of issues related to witnesses whose 3500 material will have been recently disclosed at the time the motion is filed. Following this brief, the government may have additional motions to file for a few issues that relate to those cooperating witnesses for whom disclosure of 3500 material will be delayed until one to two weeks before their testimony. Thus, the government may require limited additional briefing beyond the above schedule.

The government contacted defense counsel to seek a proposed briefing schedule for the defendant's motions. Defense counsel has not provided the government with such a schedule. The government proposes that the defendant file his motions, if any, in accordance with the schedule set forth above for the government's First Omnibus In Limine Brief.

## III. Jury Questionnaire

The parties have conferred and will submit a proposed jury questionnaire to assist in the selection of the anonymous and partially sequestered jury in this case pursuant to the Court's February 5, 2018 Order, see Dkt. No. 187. The parties propose March 23, 2018 as the deadline to submit the proposed questionnaire.

## IV. Discovery

The government has produced the vast majority of the responsive Rule 16 discovery in its possession, custody and control. To date, it has produced more than 300,000 pages of documents, thousands of intercepted and recorded audio and electronic communications and dozens of videos. The government expects that it will continue to make small discovery productions on a rolling basis. For instance, the government anticipates that it will receive additional documents from third parties in response to legal process, as well as foreign-held documents in response to Mutual Legal Assistance Treaty requests. The government will provide responsive documents to the defense as soon as it receives them.

V. Special Administrative Measures

While not necessary to address during the status conference, the government notes that, on February 1, 2018, the Attorney General reauthorized the application of Special Administrative Measures ("SAMs") to the defendant's incarceration for an additional one-year term.

Additionally, pursuant to the defendant's request, the government sought a one-time modification of the SAMs on behalf of the defendant to allow defense counsel to hand deliver a letter from the defendant to his wife, in lieu of using the U.S. mail, to address the issue of attorney fees and the defendant's desire to proceed to trial. The Department of Justice has approved the modification, and the government has provided it to defense counsel.

Respectfully submitted,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc: A. Eduardo Balarezo, Esq. (by ECF)
William B. Purpura, Esq. (by ECF)
Clerk of the Court (BMC) (by ECF)