BALAREZO LAW
CRIMINAL DEFENSE

February 8, 2018

The Honorable Brian M. Cogan
United States District Judge
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Archivaldo Guzmán Loera*
Case No. 09-CR-0466(S-4)(BMC)

Dear Judge Cogan:

Pursuant to the Court's Order of January 8, 2018, the defense respectfully submits this proposed agenda for the status conference currently scheduled for February 15, 2018. Mr. Guzmán anticipates raising the following issues:

1. <u>Anonymous and Partially Sequestered Jury</u>

Mr. Guzmán has filed a Motion to Reconsider Order Granting Government's Motion for an Anonymous and Partially Sequestered Jury and respectfully requests a hearing on the issue.

2. <u>Trial Date</u>

The defense is requesting a trial date on or after September 17, 2018.

3. <u>Rule 16 discovery</u>

Since the Fall 2017 the government has been representing to the Court and the defense that its discovery production is almost complete except for documents in the possession of third parties and MLAT requests it has made to foreign governments. Mr. Guzmán respectfully requests that the Court set a deadline by which the government shall produce all discovery.

4. Jury Questionnaire

Mr. Guzmán concurs with the government that March 23, 2018, be set as the deadline to submit a proposed questionnaire.

400 Seventh Street NW Ste 306 Washington, DC 20004
A. Eduardo Balarezo, Esq.
Admitted in DC, NY & MD
Tel 202.639.0999
Fax 202.639.0899
Email aeb@balarezolaw.com
Web www.balarezolaw.com

5. Motion Schedule

Considering that the government has not completed its discovery production, it is premature to set a deadline for Mr. Guzmán's motions. Mr. Guzmán objects to setting the motion schedule suggested by the government and requests that any motions be filed on a rolling basis with a final deadline to be set by the Court at a later hearing.

Respectfully submitted,

**BALAREZO LAW**

By: ____________________________________

A. Eduardo Balarezo, Esq.
Bar # AB7088
400 Seventh Street, NW
Suite 306
Washington, DC 20004
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

*Counsel for Joaquín Guzmán Loera*

cc: the Parties via ECF