**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

GMP:MPR
F. #2009R01065

February 12, 2018

By ECF and Email

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura
8 East Mulberry Street
Baltimore, MD 21202

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

The government's next production of supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure will be available for you Tuesday, February 13, 2018 to obtain from the third-party vendor. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. The government is also producing draft transcripts pursuant to the parties' September 12, 2017 signed stipulation.

By a separate letter sent to you today, the government also is providing notice of certain potential government witnesses' photo identifications of the defendant. That letter is subject to the terms of the Court's April 3, 2017 Protective Order. See id.

This discovery production supplements previous productions on February 14, 2017, March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017, August 11, 2017, September 19, 2017, October 17, 2017, November 7, 2017, November 21, 2017 and January 19, 2018. The government will continue to produce discovery on an ongoing basis. The government also requests reciprocal discovery from the defendant.

The Government's Discovery

| Bates-numbers | Description |
| --- | --- |
| 0000313411 – 0000313458 | Recorded electronic communications and related data obtained pursuant to a lawful warrantless search |
| 0000313459 – 0000313460 | Intercepted wire communications, including statements of the defendant |
| 0000313461 – 0000314111 | Reports of data recovered from electronic devices |
| 0000314112 – 0000314114 | Photographs, including photographs of a murder victim and a drug seizure |
| 0000314115 – 0000314124 | A publicly-available video of the defendant and related screenshots |
| 0000314125 – 0000314128 | Documents received from Google LLC |
| 0000314129 | Videos related to a seizure of narcotics |
| 0000314130 – 0000314163 | Law enforcement reports related to a drug seizure and discovery of a drug-smuggling tunnel and reflecting statements of the defendant; photographs related to a drug seizure |

The government is also producing color versions of black and white photographs produced in past discovery productions. Each color photograph is assigned the same Bates number as the black and white version of the photograph, but the Bates number

for the color version is followed by the letter "A" (e.g., Bates number 000000719A is the color version of the photograph assigned Bates number 000000719).

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF)