**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 19, 2018

By ECF and Email

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura
8 East Mulberry Street
Baltimore, MD 21202

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

The government's next production of supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure will be available for you Tuesday, March 20, 2018 to obtain from the third-party vendor. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. The government is also producing draft transcripts pursuant to the parties' September 12, 2017 signed stipulation.

By a separate letter sent to you today, the government also is providing notice of certain potential government witnesses' photo identifications of the defendant. That letter is subject to the terms of the Court's April 3, 2017 Protective Order. See id.

This discovery production supplements previous productions on February 14, 2017, March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017, August 11, 2017, September 19, 2017, October 17, 2017, November 7, 2017, November 21, 2017, January 19, 2018 and February 12, 2018. The government also requests reciprocal discovery from the defendant.

The Government's Discovery

| Bates-numbers | Description |
|---|---|
| 000314164-000314177 | Photographs from drug seizures |
| 000314178-000314185 | Enhanced intercepted wire communications, including statements of the defendant, and accompanying draft transcripts and translations |
| 000314186-000314287 | Photographs and law enforcement reports related to drug and tunnel seizures |
| 000314288-000314423 | Business records |
| 000314424-000314515 | Law enforcement reports and documents related to a drug seizure |
| 000314516-000314731 | Draft translations of intercepted wire communications |
| 000314732-000314878 | Photographs related to drug seizures |
| 000314879-000314912 | Statements of the defendant and a draft translation of a statement by the defendant |
| 000314913-000314963 | Photographs related to a tunnel |
| 000314964-000316218 | Applications and court orders to intercept wire communications, including applications and court orders naming the defendant |
| 000316219-000316237 | A draft transcript of statements of the defendant |
| 000316238-000316294 | Photographs, videos and law enforcement reports related to drug seizures |
| 000316295-000316298 | Defendant's retainer agreement |
| 000316299-000316302 | Statements of the defendant and an accompanying draft translation |

| | |
|---|---|
| 000316303-000316312 | Intercepted wire communications, including statements of the defendant, and accompanying draft translations |
| 000316313-000316314 | A law enforcement report related to a drug seizure |
| 000316315 | Statements of the defendant |
| 000316316-000316323 | Photographs of the defendant and his co-conspirators |
| 000316324-000316429 | Draft summaries of intercepted wire communications, including statements of the defendant |
| 000316430 | A laboratory report |
| 000316431-000321643 | Recorded electronic communications, including statements of the defendant, and accompanying draft translations |
| 000321644 | A business record received from Union Pacific Railroad |
| 000321645 | Data related to intercepted wire communications |
| 000321646-000321662 | A video, photographs and documents related to drug and money seizures |

The government is also producing two videos described below. The videos contain audio and video footage that identifies law enforcement officers and other persons that cannot be redacted. You may view the videos discoverable under Rule 16, by contacting a member of the prosecution team to arrange a mutually convenient time to view them at the United States Attorney's Office for the Eastern District of New York. Alternatively, the government will provide you copies of these documents on the condition that they remain in your possession, custody and control and not be left with the defendant at the MCC. These videos and photographs contain information subject to the April 3, 2017 Protective Order. See Dkt. No. 57.

| | |
|---|---|
| 000321663 | Two videos related to drug, weapons and tunnel seizures |

The government is also producing color versions of black and white photographs produced in past discovery productions. Each color photograph is assigned the same Bates number as the black and white version of the photograph, but the Bates number for the color version is followed by the letter "A" (e.g., Bates number 000000719A is the color version of the photograph assigned Bates number 000000719).

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF)