**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 22, 2018

By Hand and ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

The government and the defendant respectfully submit this joint request for a brief adjournment of the deadline to submit the parties' proposed jury questionnaire, from March 23, 2018 to April 6, 2018.

On February 15, 2018, at the status conference in the above-captioned case, pursuant to the parties' request, the Court set a deadline of March 23, 2018 for submission of the parties' proposed jury questionnaire, which will be given to prospective jurors on August 14, 2018. While the parties have exchanged their proposed jury questionnaires, they need additional time to confer and provide the Court with a joint proposed questionnaire outlining

the parties' areas of agreement and disagreement. Accordingly, the parties respectfully request an extension of time until April 6, 2018, to file their joint submission.

Respectfully submitted,

COUNSEL FOR DEFENDANT
A. Eduardo Balarezo, Esq.
William Purpura, Esq.

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

.

cc: Clerk of the Court (BMC) (by ECF)