**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AG
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 13, 2018

By Hand and ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

Pursuant to the Court's April 11, 2018 Order, the parties respectfully submit the following proposed agenda for the April 18, 2018 status conference:

1) Jury-related issues
   a. The parties will be prepared to address any issues related to the joint proposed jury questionnaire.
   b. The parties jointly request that the Court consider increasing the jury venire to at least 1,000 prospective jurors.
   c. Defense counsel would also like an overview of the jury selection process, including when the hard copies of the questionnaire will be available and how much time the parties will have to review them.

2) Discovery
   a. Following the discovery deadline set by the Court for March 19, 2018, the government received additional discoverable materials, which it will provide to the defendant as Rule 16 discovery. The production will be relatively small and consist of approximately 409 pages and several recordings/videos.
   b. The defense objects to continued discovery productions and will request that the government be precluded from using any evidence not yet disclosed.

3) Motions
    a. The defense would like to know if the Court will allow hearings on the motions, and if so, when the hearings would be scheduled.
    b. The government will fully address this point in its opposition to the defendant's motions filed on April 9, 2018. In short, however, the government's position is that hearings are unnecessary on any of the motions presently pending before the Court.

4) The Defendant
    a. Defense counsel requests that the defendant be allowed to address the Court regarding the conditions of confinement, funds for his defense and his mental state. Defense counsel advises that the letter from the defendant that he previously filed, see Dkt. No. 194, contains some of the issues the defendant would like to address, but that there are other additional issues the defendant would like to raise. The Court has yet to address these issues
    b. The Government opposes this request. The issues raised in the letter to the Court have already been addressed by the government. See Dkt. Nos. 198 and 199. Moreover, any additional issues that the defendant intends to raise with the Court have not been submitted via letter to the Court two weeks in advance of the status conference, as required by the Court, see Tr. of Feb. 15, 2018 Status Conference, at 19:1-8, or cleared by the government per the SAMs.
    c. After the last status conference, the government reviewed the letters written by the defendant to his spouse per the SAMs, and returned the letters to the MCC. The MCC returned the letters to the defendant. The defendant has not requested to either mail the letters to his spouse or have them delivered to his counsel, per the SAMs.

5) The defense would like to discuss the issues raised in its partial opposition to the Government's First Motion In Limine, see Dkt. No. 216.
    a. The government objects to this request. The government submits that the Court should address any issues contained in the defendant's opposition once the government has had a full and fair opportunity to respond to them. The government will fully address these issues in its

reply brief. As noted above, the government's position is that hearings are unnecessary to resolve any motions presently pending before the Court.

Respectfully submitted,

COUNSEL FOR DEFENDANT
A. Eduardo Balarezo, Esq.
William Purpura, Esq.

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN J. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

.

cc: Clerk of the Court (BMC) (by ECF)