**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 16, 2018

By ECF and Email

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura
8 East Mulberry Street
Baltimore, MD 21202

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

The government's next production of supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure will be available for you tomorrow to obtain from the third-party vendor. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. The government is also producing draft transcripts pursuant to the parties' September 12, 2017 signed stipulation. This discovery production supplements previous productions on February 14, 2017, March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017, August 11, 2017, September 19, 2017, October 17, 2017, November 7, 2017, November 21, 2017, January 19, 2018, February 12, 2018 and March 19, 2018. The government also requests reciprocal discovery from the defendant.

The Government's Discovery

| | |
|---|---|
| 000321664-000321674 | Photographs from drug seizures |
| 000321675-000321682 | Certified court docket |
| 000321683-000321735 | Photographs and law enforcement reports related to drug seizures |
| 000321736-000321878 | Photographs and law enforcement reports related to drug seizures |
| 000321879 | Recording of defendant's visit at MCC |
| 000321880 | Recording of defendant's calls from MCC |
| 000321881-000322035 | Draft transcripts of statements of the defendant |
| 000322036 | Publicly available video related to the shooting at the Guadalajara Airport |
| 000322037 | Photograph of Christine's disco |
| 000322038-000322049 | Draft transcript and translation of statements of the defendant |
| 000322050-000322075 | Draft summaries of intercepted wire communications, including statements of the defendant |

Additionally, in your motion for discovery, you stated that, "[w]ith respect to foreign wiretaps, the government refuses to produce any evidence." Dkt. No. 210. That statement is incorrect. While the government will respond to your motion by the May 7, 2018 deadline for it to file its opposition, the government notes that, pursuant to Rule 16, it has produced the domestic and foreign wiretap evidence that it intends to rely on at trial, including intercepted communications of the defendant.

As detailed below, the government's production letters to you have specifically identified intercepted and recorded wire and electronic communications it has produced, including statements of the defendant, as well as draft transcripts, translations and/or summaries and data related to certain communications. Pursuant to Rule 16 and where applicable, the government also has produced domestic court orders authorizing the

interception or recording of the communications it intends to rely upon at trial.[1] Furthermore, as a courtesy, the government has produced documents in its possession, custody or control related to foreign judicial authorization to intercept communications, including documents obtained via Mutual Legal Assistance Treaty ("MLAT"). Indeed, in its November 6, 2017 letter responding to your discovery requests, the government discussed its disclosure of certain domestic and foreign wiretap evidence to you. See Dkt. No. 162 at 3-4 & n.2, 11.

Specifically, the government has produced the following evidence to you:

| Bates-numbers | Date of Production | Description |
|---|---|---|
| 000000088-000000463 | 04/10/17 | Intercepted and recorded wire and electronic communications, including statements of the defendant, as well as draft transcripts and translations |
| 000001176-000003881 | 05/05/17 | MLAT response related to foreign judicial wiretap; intercepted wire communications, as well as draft summaries and translations |
| 000006895-000007482<br>000008029-000008032 | 07/21/17 | Judicial applications and orders related to domestic wiretaps |
| 000008143-000010907 | 08/11/17 | Judicial applications and orders related to domestic wiretaps |
| 000011303-000011379 | 08/11/17 | MLAT requests for intercepted communications from foreign judicial wiretaps |
| 000012116-000013247 | 08/11/17 | Search warrants |

[1] With respect to domestic wiretaps, the government has produced judicial applications and orders where (1) the application and order name the defendant and/or the defendant was intercepted pursuant to the wiretap order and (2) the government intends to rely on communications intercepted pursuant to that wiretap order at trial. See 18 U.S.C. § 2510(11) (defining "aggrieved person" to be "a person who was a party to any intercepted wire, oral, or electronic communication or a person against whom the interception was directed"); Dkt. No. 162 at 3-4. The government has provided inventory notice to the defendant pursuant to 18 U.S.C. § 2518(8)(d) of all Title III wiretap orders in which he was named and/or pursuant to which he was intercepted. See Dkt. No. 162 at 3-4; Dkt. No. 167 at 1; Dkt. No. 205 at 2.

| Bates-numbers | Date of Production | Description |
|---|---|---|
| 000013552-000013606<br>000013621-000029806<br>000030026-000030867 | 08/11/17 | Intercepted and recorded wire and electronic communications, as well as draft transcripts, summaries and translations |
| 000032550-000053317<br>000053443-000053799<br>000053802-000054010<br>000054023-000054024<br>000054046<br>000054049-000054088 | 09/19/17 | Intercepted and recorded wire and electronic communications, as well as draft transcripts, summaries and translations and data related to certain communications |
| 000054089-000057194<br>000059117-000091531<br>000091829 | 10/17/17 | MLAT response related to foreign judicial wiretaps; intercepted wire and electronic communications, as well as draft transcripts and translations |
| 000092998-000093119 | 11/07/17 | MLAT requests for intercepted communications from foreign judicial wiretaps |
| 000093128-000093310 | 11/07/17 | Judicial applications and orders related to domestic wiretaps |
| 000093120-000093127<br>000107645-000107672<br>000107699-000115897<br>000115901-000115988<br>000116367-000116410<br>000117683-000117690<br>000117694-000117848<br>000118525-000118526<br>000121681-000121799<br>000121801-000122304<br>000122307-000122618<br>000122284-000122285<br>000125703-000140995<br>000146943-000146944 | 11/07/17 | Intercepted and recorded wire and electronic communications, including statements of the defendant, as well as draft transcripts, summaries and translations |

| Bates-numbers | Date of Production | Description |
|---|---|---|
| 000099539-000099687<br>000099690-000107267<br>000121800<br>000146945-000169479<br>000169860-000169955<br>000170252-000285417<br>000285420-000285458<br>000286611-000289401<br>000289721-000290803<br>000291044-000291842<br>000293149 | 11/21/17 | Intercepted and recorded wire and electronic communications, including statements of the defendant, as well as draft transcripts, summaries and translations |
| 000169984-000170217 | 11/21/17 | Documents related to foreign judicial wiretaps |
| 000293161-000296333<br>000296994-000309839<br>000311014-000311329<br>000313388-000313389<br>000313409-000313410 | 01/19/18 | Intercepted and recorded wire and electronic communications, including statements of the defendant, as well as draft transcripts, summaries and translations and data related to certain communications; documents related to foreign judicial wiretaps |
| 000313411-000314111 | 02/12/18 | Intercepted and recorded wire and electronic communications, including statements of the defendant, and data related to certain communications |
| 000314178-000314185<br>000314516-000314731<br>000316303-000316312<br>000316324-000316429<br>000316431-000321643<br>000321645 | 03/19/18 | Intercepted and recorded wire and electronic communications, including statements of the defendant, as well as draft transcripts, summaries and translations and data related to certain communications |

| Bates-numbers | Date of Production | Description |
|---|---|---|
| 000314964-000316218 | 03/19/18 | Judicial applications and orders related to domestic wiretaps |
| 000322050-000322075 | 04/16/18 | Draft summaries of intercepted wire communications, including statements of the defendant |

If you have specific questions about the government's discovery productions, please reach out to the prosecution team.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF)