**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 18, 2018

By ECF and Email

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

The government's next production of supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure will be available for you tomorrow to obtain from the third-party vendor. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. The government is also producing draft transcripts pursuant to the parties' September 12, 2017 signed stipulation.

By a separate letter sent to you today, the government also is providing notice of certain potential government witnesses' photo identifications of the defendant. That letter is subject to the terms of the Court's April 3, 2017 Protective Order. See id.

This discovery production supplements previous productions on February 14, 2017, March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017, August 11, 2017, September 19, 2017, October 17, 2017, November 7, 2017, November 21, 2017, January 19, 2018, February 12, 2018, March 19, 2018 and April 16, 2018. The government also requests reciprocal discovery from the defendant.

<u>The Government's Discovery</u>

| | |
|---|---|
| 000322076-000322084 | Photographs related to murders |
| 000322085-000322087 | Photographs of money and weapons |
| 000322088 | Statements of the defendant |
| 000322089-000322092 | Law enforcement reports related to drug seizures |
| 000322093-000322260 | Photographs related to the defendant's July 2015 escape from jail |
| 000322261-000322293 | Documents received from New York & Atlantic Railway |
| 000322294-000322572 | Intercepted electronic communications and accompanying draft translations |
| 000322573-000322599 | Law enforcement reports related to drug seizures |
| 000322600-000322621 | Photographs and law enforcement reports related to a murder |
| 000322622-000322626 | Screenshots from a public website |
| 000322627-000322670 | Photographs and video related to a drug and tunnel seizure |
| 000322671-000322680 | Photographs of the defendant and other persons |
| 000322681-000322705 | Photographs of persons |
| 000322706-000323811 | Judicial orders and applications received from the Government of the Netherlands and accompanying draft translations |
| 000323812-000323815 | Certification of business records |
| 000323816-000323828 | Statements of the defendant received from Government of Mexico |

| | |
|---|---|
| 000323829-000325211 | Documents relating to drug seizure |
| 000325212-000325256 | Various demonstrative maps |
| 000325257-000325258 | Photographs related to a drug seizure |
| 000323259-000326648 | Applications and court orders to intercept wire communications, including applications and court orders naming the defendant |

The government notes that, pursuant to the Dutch judicial documents Bates numbered 000322706-000323811 and Mutual Legal Assistance Treaty documents Bates numbered 000011303-000011376 and 000092998-000093119, Dutch authorities provided certain wire and electronic communications, including statements of the defendant, to the government. The government notes that it obtained the wire communications Bates numbered 000297088, 000313409, 000313459 and 000316312, which include statements of the defendant, directly from a server located in the Netherlands without direct assistance from Dutch authorities. The Dutch judicial orders described above authorized that search.

The government is also producing the video described below. The video contains video footage that identifies law enforcement officers and other persons that cannot be redacted. You may view the videos discoverable under Rule 16, by contacting a member of the prosecution team to arrange a mutually convenient time to view them at the United States Attorney's Office for the Eastern District of New York. Alternatively, the government will provide you a copy of this video on the condition that it remains in your possession, custody and control and not be left with the defendant at the MCC. This video contains information subject to the April 3, 2017 Protective Order. See Dkt. No. 57.

| | |
|---|---|
| 000326649 | Video from seizure |

If you have specific questions about the government's discovery productions, please reach out to the prosecution team.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF)