**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 21, 2018

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman-Loera
Criminal Docket No. 09-466 (BMC)

Dear Judge Cogan:

The government respectfully submits this letter in response to the Court's order dated May 14, 2018, directing the government to inform the Court whether the defendant's filings, see Dkt. No. 222, cannot be made public. The government has reviewed the defendant's letter and does not see any basis for maintaining it under seal.

Respectfully submitted,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc: Eduardo Balarezo, Esq.
William Purpura, Esq.