**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:AJN
F.#2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 8, 2018

By Email and ECF

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, DC 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466(S-4) (BMC)

Dear Counsel:

Below please find a list of several categories of proposed stipulations for the defendant's consideration. For stipulation categories on which the parties agree, the government will draft formal stipulations and provide them to the defendant so that the parties can agree upon specific language. Where appropriate, the government encloses representative samples of certain categories of stipulation.

## I. Physical Evidence

The government proposes that the parties stipulate to the authenticity and admissibility of certain physical evidence, as well as certain records related to that evidence, as follows:

| Description of Item | Accompanying Records (if any) |
|---|---|
| 40 AK-47 rifles, 80 magazines for 7.62x39 caliber AK-47 rifles and 7 ballistic vests seized on January 13, 2010 in El Paso, TX. | Property Status Summary Report from the Bureau of Alcohol, Tobacco, Firearms and Explosives dated 1/17/10, Bates numbered 0000310907-0000310949 |
| 83.46 kilograms of cocaine, 1 AK-47 short barrel, 1 Desert Eagle 9mm pistol, 1 9mm semi-automatic pistol, 65 9mm ammunition, 66 7.72x39 ammunition, 51 .45 caliber ammunition, 2 9mm magazines and 2 9mm extended 30 round magazines seized on November 21, 2013 in Glendale, AZ, Bates numbered 0000310957-0000310958 | N/A |

| Description of Item | Accompanying Records (if any) |
|---|---|
| 25.01 kilograms of cocaine seized on September 27, 2013 in the Tucson, AZ, Bates Numbered 0000293152 | Report of Drug Property collected, Purchased, or Seized and Chemical Analysis from the Drug Enforcement Administration dated 8/12/14 and 5/12/15, respectively; Custody Receipt for Seized Property and Evidence from the Department of Homeland Security dated 8/20/15, Bates numbered 000006795, 000007991-000007992 |
| 6.0007 kilograms of cocaine seized on July 28, 2012 in Algeciras, Spain, Bates numbered 0000293153 | N/A |
| 3.56 kilograms of heroin and 1.76 kilograms of methamphetamine seized on June 7, 2012 in Detroit, MI, Bates numbered 0000293154 | N/A |
| 22 kilograms of cocaine and 4.03 kilograms of heroin seized on July 14, 2009 in Palisades, NJ, Bates numbered 0000293155 | Report of Property Collected, Purchased, or Seized dated 7/15/09, and Laboratory Report dated 8/11/09 and 8/12/09 from Drug Enforcement Administration, Bates numbered 0000058967-0000058998 and 0000125677-0000125680 |
| 27.735 kilograms of heroin seized in the vicinity of Chicago, IL on November 13, 2008, Bates numbered 0000293156 | Acquisition of Nondrug Property Seizures Report dated 11/13/08; Report of Drug Property Collected, Purchased, or Seized dated 11/14/08; Laboratory Reports dated 1/5/09, 1/29/09 2/4/09, 4/3/09 4/28/09, 3/14/14, and 3/18/14 from the Drug Enforcement Administration, Bates numbered 0000125401-0000125414, 0000125271-0000125279 |

| Description of Item | Accompanying Records (if any) |
|---|---|
| 20.04 kilograms of cocaine seized from the Gatun vessel on March 18, 2007, Bates numbered 0000293157 | Reports of Drug Property Collected, Purchased, or Seized dated 3/22/07 and 3/26/07; Laboratory Report and Report of Investigation dated 3/20/07, Bates numbered 0000000758-0000000759, 0000058821, 0000058872 |
| 43.86 kilograms of cocaine seized on May 24, 2002 in Brooklyn, NY, Bates numbered 0000293158 | Report of Drug Property Collected, Purchased, or Seized dated 5/24/02 and Certified Report of Controlled Substance Analysis dated 2/19/14, Bates numbered 000001062-000001066, 000001083-000001086 |
| 22 kilograms of cocaine seized in Franklin Park, IL on September 24, 1994, Bates numbered 0000293159 | Reports of Drug Property Collected, Purchased, or Seized dated 9/27/94; Certified Reports of Controlled Substance Analysis dated 11/4/14, Bates numbered 000091806-000091897, 000054026, 000125660-000125661 |
| One chili pepper can seized in connection with the seizure of 7.3 tons of cocaine in Tecate, Mexico on April 21, 1993, Bates numbered 0000293160 | N/A |

## II. <u>Chain of Custody Evidence</u>

The government proposes that the parties stipulate to the chain of custody of certain physical evidence. In addition to the drug and weapon evidence described above, such seized evidence includes, but is not limited to; lawfully obtained wire and electronic communications, written documents, phones and other digital devices. Each stipulation in this regard would include: the date the government seized or obtained the item and the location at which the government seized or obtained the item, as well as a notation that the seized or obtained item(s) were delivered to their ultimate destination in substantially the same condition as at the time that they were seized or obtained.

## III. <u>Laboratory Analysis and Testimony of Chemists</u>

The government proposes that the parties stipulate to the admissibility and conclusions of laboratory analysis reports for drugs introduced into evidence as well as the anticipated testimony of the individual(s) who conducted chemical analysis. Each stipulation in this regard would include: the date that tested items arrived at the laboratory, the name of

the individual(s) who received said item, the name of the individual(s) who conducted the chemical analysis and the general conclusion of the analysis.

**IV. <u>Ledgers</u>**

The government proposes that the parties stipulate to the authenticity and admissibility of ledgers produced in discovery that generally contain notations related to dates, quantities, and prices of drug shipments and/or accountings of monies collected from, or owed, to various individuals.

**V. <u>Video Recordings</u>**

The government proposes that the parties stipulate to the authenticity and admissibility of video recordings produced in discovery. Each stipulation in this regard would certify that the videos used at trial represent a fair and accurate portrayal of the original videos and that the videos have not been manipulated in any way that would alter their substance or character.

**VI. <u>Recorded Communications</u>**

The government proposes that the parties stipulate to the authenticity and admissibility of recorded wire and electronic communications obtained through consensual recording by a party to the communications or other lawful searches. Each stipulation in this regard would certify that the consensually recorded communications used at trial represent a fair and accurate portrayal of the original communications, and that the communications have not been manipulated in any way that would alter their substance or character.

**VII. <u>Judicially Authorized Recorded Wire and Electronic Communications</u>**

The government proposes that the parties stipulate to the authenticity and admissibility of wire and electronic communications intercepted pursuant to foreign and domestic court orders. Each stipulation in this regard would include language indicating that law enforcement agents, foreign or domestic, received judicial authorization for the interception of such communications and monitored or oversaw the monitoring of communications intercepted pursuant to court orders.

**VIII. <u>Digital Device Forensic Data Extraction</u>**

The government proposes that the parties stipulate to the authenticity and admissibility of certain lawfully obtained digital devices, as well as the forensic extraction of data from such devices that were either recovered from or utilized by the defendant or a coconspirator. Each stipulation in this regard would contain; the device recovered, the means of recovery, the details of the forensic data extraction, including the date of extraction, the name of the individual conducting the extraction and the organization to which said individual belongs.

## IX. Public Records

The government proposes that the parties stipulate to the authenticity and admissibility of public records meeting the standards of Federal Rules of Evidence 803(8).[1]

## X. Records of Regularly Conducted Activity

The government proposes that the parties stipulate to the authenticity and admissibility of records of regularly conducted activity meeting the standards of Federal Rules of Evidence 803(6).[2].

## XI. Certified Translations

The government proposes that the parties stipulate to the authenticity and admissibility of certified English translations of Spanish language documents, recordings and intercepted communications.[3]

---

[1] The government will disclose a detailed list of such records in the event that this category of stipulation is accepted by the defendant.

[2] The government will disclose a detailed list of such records in the event that this category of stipulation is accepted by the defendant.

[3] The government will disclose final translations of its exhibits closer to trial.

Please contact us no later than June 22, 2018, to advise whether the defendant will agree to any of the proposed stipulations, in whole or in part (e.g., the defendant is willing to stipulate to the authenticity of certain evidence, but not its admissibility) in order to begin the process of negotiating the specific language of such stipulations.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida