BALAREZO LAW
CRIMINAL DEFENSE

June 12, 2018

***Via E-mail and ECF***

Richard P. Donoghue, Esq.
United States Attorney – EDNY

Arthur G. Wyatt, Esq.
Chief, NDDS

Benjamin G. Greenberg, Esq.
United States Attorney – SDFL

Andrea Goldbarg, Esq.
Gina Parlovecchio, Esq.
Amanda Liskamm, Esq.
Adam Fels, Esq.
Assistant United States Attorneys
United States Attorney's Office for the
Eastern District New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Guzmán Loera*
Case No. 09-CR-0466(S-4)(BMC)

Counsel:

I write in response to your letter of June 8, 2018, wherein you seek certain stipulations from Mr. Guzmán. With respect to items I – VIII, Mr. Guzmán declines to stipulate as you request. With respect to items IX – XI, Mr. Guzmán will consider your request when you disclose the material.

Sincerely,

A. Eduardo Balarezo

*Counsel for Joaquín Guzmán Loera*

400 Seventh Street NW Ste 306 Washington, DC 20004
A. Eduardo Balarezo, Esq.
Admitted in DC, NY & MD
Tel 202.639.0999
Fax 202.639.0899
Email aeb@balarezolaw.com
Web www.balarezolaw.com