**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 25, 2018

By ECF

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

The government's next production of supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure will be available for you tomorrow to obtain from the third-party vendor. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. This discovery production supplements previous productions on February 14, 2017, March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017, August 11, 2017, September 19, 2017, October 17, 2017, November 7, 2017, November 21, 2017, January 19, 2018, February 12, 2018, March 19, 2018, April 16, 2018, May 18, 2018, May 25, 2018 and June 5, 2018. The government also requests reciprocal discovery from the defendant.

The Government's Discovery

| | |
|---|---|
| 000326887-000327737 | Intercepted wire communications recently received from the Government of Colombia and accompanying draft summaries. The government only intends to rely upon the 16 recordings identified as Bates number 000326888 at trial. |
| 000327738-000328007 | Intercepted electronic communications. The government does not intend to rely upon these documents at trial. |
| 000328008-000328009 | Data related to the video Bates numbered 000008133 recently received from Liveleak.com |
| 000328010-000328065 | Documents related to drug seizures |
| 000328066 | Statements of the defendant |
| 000328067 | Video related to a drug seizure |

In response to the Court's order dated June 7, 2018 directing the government to disclose evidence obtained through the warrantless use of a GPS device or cell site/tower data, see Dkt. No. 240 at 3, the government notes that it deploys all available assets to capture fugitives. As part of the efforts to capture the defendant in 2012 and 2014, the government worked with foreign counterparts in Mexico using available technological capabilities to track the defendant. These efforts included the lawful warrantless tracking of geolocation data associated with cellular telephones used by the defendant's co-conspirators. In addition to assisting in the defendant's arrest in 2014, the government obtained evidence with the following Bates numbers during the capture operations in 2012 and 2014: 000008069-000008116, 000008135, 000013248-000013474, 000091751-000091777, 000122311-000122312, 000146869-000146870, 000285418-000285419, 000314284-000314287 and 000321663. The government lawfully obtained this evidence. See, e.g., United States v. Verdugo-Urquidez, 494 U.S. 259, 274-75 (1990) ("At the time of the search, he was a citizen and resident of Mexico with no voluntary attachment to the United States, and the place searched was located in Mexico. Under these circumstances, the Fourth Amendment has no application."); United States v. Coke, No. 07 CR 971 (RPP), 2011 WL 3738969, at *4 (S.D.N.Y. Aug. 22, 2011) ("[W]here a defendant is not a United States citizen, and has no substantial, voluntary attachment to the United States, and the search at issue occurs abroad, the Fourth Amendment has no application." (internal quotation marks omitted)).

If you have specific questions about the government's discovery productions, please reach out to the prosecution team.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF)