**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:PEN
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 29, 2018

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

The government respectfully submits this letter as notice of an Ex Parte letter filed in support of the government's May 15, 2018 response (Dkt. No. 229) in opposition to the defendant's May 6, 2018 motion (Dkt. No. 226) for a change of venue in the above-referenced case.

Respectfully Submitted,

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

OF COUNSEL:

BENJAMIN GREENBERG
United States Attorney
Southern District of Florida

cc: A. Eduardo Balarezo, Esq.
William Purpura, Esq.