BALAREZO LAW
CRIMINAL DEFENSE

July 17, 2018

The Honorable Brian M. Cogan
United States District Judge
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Archivaldo Guzmán Loera*
Case No. 09-CR-0466(S-4)(BMC)

Dear Judge Cogan:

We respectfully write the Court for clarification of the Court's Order granting a trial continuance until November 5, 2018, which states that "Jury selection will begin Monday, November 5, 2018 in Courtroom 8D South with trial to follow." (Order dated 7/16/18). As the Court is aware, Mr. Guzmán moved to transfer venue for trial from the Eastern District of New York to the Southern District of New York because of the extremely high profile security operation that takes place every time he is transferred from his detention facility in Manhattan to the courthouse in Brooklyn and the prejudice that results.

We seek clarification on whether the Court's order stating that trial will be in "Courtroom 8D South" constitutes a ruling by the Court denying the Motion to Transfer Venue. We understand that the Court must balance all interests in deciding the motion. However, counsel live outside the New York area and must make housing arrangements for trial. Knowing where the trial will take place greatly impacts that decision. Because temporary housing in the New York area that meets our requirements is relatively scarce, we merely seek to know where the trial will be held.

400 Seventh Street NW   Ste 306   Washington, DC 20004
A. Eduardo Balarezo, Esq.
Admitted in DC, NY & MD
Tel 202.639.0999
Fax 202.639.0899
Email aeb@balarezolaw.com
Web www.balarezolaw.com

We thank the Court in advance for consideration of this request.

Respectfully submitted,

**BALAREZO LAW**

By: ______________________________

A. Eduardo Balarezo, Esq.
EDNY Bar # AB7088
400 Seventh Street, NW
Suite 306
Washington, DC 20004
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

**PURPURA & PURPURA**

/s/

By: ______________________________

William B. Purpura, Esq.
*Admitted Pro Hac Vice*
8 East Mulberry Street
Baltimore, MD 21202
Tel: ((410) 727-8550
Fax: (410) 576-9351
E-mail: wpurpura@purpuralaw.com

*Counsel for Defendant Joaquín Guzmán Loera*

cc:

Government Counsel
(via e-mail and ECF)