**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:AG/ANL/MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 20, 2018

By ECF and Email

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

Pursuant to Federal Rule of Criminal Procedure 7(f), the government hereby provides you with a bill of particulars specifying the murder conspiracy victims and dates relating to Violation Eighty-Five of Count One, charging conspiracy to murder individuals who posed a threat to the Sinaloa Cartel. The government intends to prove the following murder conspiracies at trial, which were part of the defendant's continuing series of violations of Title 21, United States Code, Sections 841(a), 846, 959(a) and 960(a) as set forth in the Fourth Superseding Indictment (the "Indictment") in the above-captioned case. At this time, the government is not disclosing the names of murder conspiracy victims if the disclosure of such names could reveal the identity of cooperating witnesses. The government will disclose the names of those additional murder conspiracy victims at the time it discloses its 18 U.S.C. § 3500 material for cooperating witnesses.

Violation Eighty-Five
(Conspiracy to Murder Individuals Who Posed a Threat to the Sinaloa Cartel)

| Approx. Date(s) | Murder Conspiracy Victim(s) |
|---|---|
| January 1989-September 2014 | Informants |
| January 1989-September 2014 | Members of law enforcement |

| | |
|---|---|
| January 1989-September 2014 | Associates who betrayed the Sinaloa Cartel |
| January 2008-September 2014 | Members of Beltran-Leyva Organization |
| September 2004-September 2014 | Members of Carillo-Fuentes Organization |
| January 2001-September 2014 | Members of Los Zetas |
| January 1990-December 2011 | Members of the Arellano-Felix Organization |
| November 8, 1992 | Members of the Arellano-Felix Organization at Christine's Discotheque |
| Mid-1990s | "Tesoro" Salazar |
| February 10, 2002 | Ramon Arellano-Felix |
| September 11, 2004 | Rodolfo Carrillo Fuentes |
| July 13, 2005 | Julio Cesar Beltran Quintero |
| 2007-2009 | Juan Pablo Ledezma (also known as "JL") |
| 2008 | Victor Cañedo Verduzco |
| 2008 | Amadeo Vega Vergara (also known as "El Caimán") |
| 2008 | Javier LNU, leader of Los Charros |
| 2008 | Emilio LNU, Los Charros worker |
| 2009 | Yamileth Bonnilla |
| October 2010 | Israel Rincon Martinez (also known as "El Guacho" or "El Wuacho") |
| December 15, 2011 | Juan Guzman Rocha (also known as "Juancho" or "Virgo") |
| December 15, 2011 | Jose Miguel Bastidas Manjares (also known as "Guero Bastidas") |
| December 7, 2012 | Leopoldo Ochoa (also known as "Polo Ochoa") |
| January 3, 2014 | Hector Rios Espinosa |
| April 9, 2014 | Manuel Alejandro Aponte Gomez (also known as "Bravo") |
| 2015 | Ingeniero Barrozo |
| February 16, 2015 | Francisco Aceves Urias (also known as "Barbarino") |
| December 11, 2015 | Cristobal Muro Valdez (also known as "02") |
| 2011-2012 | Mario Nuñez Mesa (also known as "El Mayito" and "M10") |

The government reserves the right to amend this bill of particulars. See Fed. R. Crim. P. 7(f) ("The government may amend a bill of particulars subject to such conditions as

justice requires."); United States v. Salazar, 485 F.2d 1272, 1277 (2d Cir. 1973) (affirming district court's acceptance of supplemental bill of particulars).

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF)