BALAREZO LAW
CRIMINAL DEFENSE

July 20, 2018

Andrea Goldbarg, Esq.
Gina Parlovecchio, Esq.
Amanda Liskamm, Esq.
Adam Fels, Esq.
Assistant United States Attorneys
United States Attorney's Office for the
Eastern District New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Guzmán Loera*
Case No. 09-CR-0466(S-4)(BMC)

Counsel:

I write in response to your supposed bill of particulars "specifying the murder conspiracy victims" relating to Count 1, Violation 85. *See* Doc. No. 269.

While Mr. Guzmán appreciates *any* information from you with respect to his case, the information you provide is useless for the purpose of trial preparation. As you say in your letter, the "government intends to prove the following murder conspiracies at trial …." *Id.* The information you provide ranges from the laughable, *i.e.,* a date range of January 1989 to September 2014 for "informants" and "members of law enforcement," to the merely curious, *i.e.,* "Rodolfo Arellano-Felix."

If you truly intend to "prove" the listed incidents, surely you understand that each individual event will result in a mini-trial and Mr. Guzmán is entitled to the evidence now so that he can defend himself. The defense must be able to investigate the allegations, the circumstances and any witnesses in order to properly prepare for trial. This means that Mr. Guzmán has to be prepared to defend against at least 20 named homicides and countless anonymous ones spanning a 26-year period.

400 Seventh Street NW Ste 306 Washington, DC 20004
A. Eduardo Balarezo, Esq.
Admitted in DC, NY & MD
tel 202.639.0999
fax 202.639.0899
email aeb@balarezolaw.com
web www.balarezolaw.com

***Your repeated last minute and useless disclosures violate Mr. Guzmán's right to fundamental due process, deprives him of a fair trial and prevents counsel from carrying out our ethical obligation to represent him effectively and zealously***.

Mr. Guzmán demands that you immediately produce the following with respect to each event:

a. the identities of all victims
b. the exact dates of the events
c. the location of the events
d. any documents or other memorialization pertaining to each event
e. a cross-refence to the discovery produced to date for each event
f. all evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) for each event

Please reply by 5 p.m. Saturday, July 21.

Sincerely,

A. Eduardo Balarezo, Esq.

*Counsel for Joaquín Guzmán Loera*