**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:AJN
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 7, 2018

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

Pursuant to the Court's June 26, 2018 order, the parties respectfully submit the following proposed agenda for the August 14, 2018 status conference:

1) Discovery & 3500 Material
   a. Mr. Guzmán respectfully requests that the Court impose a deadline on the government for the production of evidence that has a bearing on Mr. Guzmán's ability to prepare for trial.
   b. The government notes that it will produce material pursuant to 18 U.S.C. § 3500 pertaining to its cooperating witnesses on October 5, 2018, one month prior to the start of trial, as previously ordered by the Court on April 4, 2018, see Dkt. No. 207.
   c. In its July 24, 2018 order, see Dkt. No. 273, the Court ordered the government to file its second tranche of Motions in Limine by September 19, 2018. The government notes that, due to the nature of those motions, the defendant likely will receive early disclosure of some material pursuant to 18 U.S.C. § 3500 pertaining to the government's cooperating witnesses at the time of filing.
   d. Regarding Rule 16 discovery, the government requests that the Court deny the defendant's request yet again to set a blanket deadline for discovery. See July 16, 2018 Order, Dkt. Entry (declining "to grant a blanket order precluding the Government from using at trial any evidence produced after June 26, 2018"). The government expects that the volume of any additional discovery will be minimal. The government

thus requests that the Court evaluate any additional disclosures if and when the government makes them.

2) Motion to Transfer Venue
   a. Mr. Guzmán filed his Motion to Transfer Venue on May 6, 2018. See Dkt. No. 226. The government has responded and Mr. Guzmán has replied. See Dkt. Nos. 229 and 234. Mr. Guzmán respectfully requests to be heard on this Motion and that the Court inform counsel whether it requires additional information to rule upon the motion.
   b. The government does not believe that further argument is necessary on this issue but will gladly answer any questions the Court wishes to address.

3) Motion to Exclude Evidence Pertaining to Violation 85
   a. Mr. Guzmán filed his Motion to Exclude Evidence Pertaining to Violation 85 on July 24, 2018. See Dkt. No. 274. The government has responded and Mr. Guzmán has replied. See Dkt. Nos. 275 and 288. Mr. Guzmán respectfully requests to be heard on his Motion and requests a ruling from the Court as soon as practicable in order to determine how best to allocate his resources in preparing for trial.
   b. The government does not believe that further argument is necessary on this issue but will gladly answer any questions the Court wishes to address.

4) Motion to Suppress Evidence
   a. Mr. Guzmán filed two Motions to Suppress Evidence on July 9, 2018. See Dkt. Nos. 263 and 264. The government responded on July 30, 2018. See Dkt. Nos. 276 and 277. Mr. Guzman respectfully requests an enlargement of time until August 17, 2018 to reply to the government's opposition.
   b. The government does not oppose the defendant's request; however, the government respectfully requests the option to file a sur-reply within 7 days of the defendant's filing.

5) Length of Trial
   a. The government requested that the defendant stipulate to various witnesses. Defense counsel did not agree. See Dkt. Nos. 241, 244.
   b. At the status conference on June 26, 2018, defense counsel pledged to review the stipulations proposed by the government. Tr. of June 26, 2018 Status Conf. at 22:23-24:3.
   c. In response, the government again contacted defense counsel regarding their seemingly changed position on proposed stipulations on July 22, 2018. Defense counsel responded on the same date and, again, did not agree. See Dkt. Nos. 271 and 272.

d. Based upon the defendant's refusal to agree to certain stipulations, the government continues to expect that trial will last approximately sixteen weeks.

Respectfully submitted,

COUNSEL FOR DEFENDANT
A. Eduardo Balarezo, Esq.
William Purpura, Esq.

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:
BENJAMIN J. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF)