**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

GMP:MPR
F. #2009R01065

August 10, 2018

By ECF and Email

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

The government's next production of supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure is enclosed. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. The government is also producing draft transcripts pursuant to the parties' September 12, 2017 signed stipulation. This discovery production supplements previous productions on February 14, 2017, March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017, August 11, 2017, September 19, 2017, October 17, 2017, November 7, 2017, November 21, 2017, January 19, 2018, February 12, 2018, March 19, 2018, April 16, 2018, May 18, 2018, May 25, 2018, June 05, 2018 and June 25, 2018. The government also requests reciprocal discovery from the defendant.

## The Government's Discovery

| | |
|---|---|
| 000328119 | Statements of the defendant (MCC Recordings) |
| 000328812-000328815 | Draft transcript of recorded electronic communications |

Pursuant to Federal Rule of Evidence 902, the government also is producing certified copies of the business and public records set forth below. The government previously produced the majority of these documents to you in discovery.[1] This letter serves as notice under Rule 902(11) that the government intends to offer the business records at trial.

| | |
|---|---|
| 000328120-000328125 | Certified Google Records |
| 000328126-000328129 | Certified Google Records |
| 000328130-000328133 | Certified Liveleak.com Records |
| 000328134-000328397 | Certified Union Pacific Records |
| 000328398-000328430 | Certified New York & Atlantic Railroad Records |
| 000328431-000328570 | Certified Conrail Records |
| 000328571-000328597 | Certified Union Tanker Car Co. Records |
| 000328598-000328650 | Certified Union Tanker Car Co. Records |
| 000328651-000328664 | Certified Lease Records |
| 000328665-000328690 | Certified Lease Records |
| 000328691-000328707 | Certified Lease Records |
| 000328708-000328728 | Certified Lease Records |
| 000328729-000328744 | Certified Lease Records |
| 000328745-000328760 | Certified Lease Records |
| 000328761-000328777 | Certified Lease Records |
| 000328778-000328785 | Certified Court Records |

[1] The government inadvertently did not previously produce the 38 pages of business records identified as 000328691-000328707 and 000328630-000328650, which consist of documents related to warehouse leases.

| | |
|---|---|
| 000328786-000328788 | Certified California Dept. of Health Records |
| 000328789-000328797 | Certified U.S. Department of State Records |
| 000328798-000328804 | Certified U.S. Department of State Records |
| 000328805-000328811 | Certified U.S. Department of State Records |
| 000329088-000329093 | Certified Union Pacific Records |

The government is also producing draft transcripts and translations of certain intercepted wire communications, including statements of the defendant. The draft transcripts and translations are Bates-numbered 000328848-000329087. The government previously provided draft translations and/or draft summaries of these communications.

In addition, the government is producing final transcripts and translations of certain intercepted wire communications, including statements of the defendant, as well as of certain videos. The final transcripts and translations are Bates-numbered 000328816-000328837 and 000328843-000328847.[2]

[2] Bates-numbers 000328838-000328842 were intentionally left blank.

If you have specific questions about the government's discovery productions, please reach out to the prosecution team.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF) (without enclosure)

Enclosure