BALAREZO LAW
CRIMINAL DEFENSE

August 18, 2018

The Honorable Brian M. Cogan
United States District Judge
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Archivaldo Guzmán Loera*
Case No. 09-CR-0466(S-4)(BMC)

Dear Judge Cogan:

On behalf of Mr. Guzmán, I respectfully write to inform the Court that the defense will not be filing a reply to the government's Memorandum of Law in Opposition to the Defendant's Motions to Suppress (filed under seal).

Respectfully submitted,

**BALAREZO LAW**

By: ________________________________

A. Eduardo Balarezo, Esq.
EDNY Bar # AB7088
400 Seventh Street, NW
Suite 306
Washington, DC 20004
Tel: (202) 639-0999
Fax: (202) 639-0899
E-mail: aeb@balarezolaw.com

cc:

Government Counsel
(via e-mail and ECF)