BALAREZO LAW
CRIMINAL DEFENSE

August 22, 2018

***Via E-mail and ECF***

Richard P. Donoghue, Esq.
United States Attorney – EDNY

Arthur G. Wyatt, Esq.
Chief, NDDS

Benjamin G. Greenberg, Esq.
United States Attorney – SDFL

Andrea Goldbarg, Esq.
Gina Parlovecchio, Esq.
Amanda Liskamm, Esq.
Adam Fels, Esq.
Assistant United States Attorneys
United States Attorney's Office for the
Eastern District New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Guzmán Loera*
Case No. 09-CR-0466(BMC)

Dear Counsel:

I write on behalf of Mr. Guzmán pursuant to your "Bill of Particulars" dated July 20, 2018 (Doc. # 269), wherein you purport to inform the defense that the government intends to prove the listed "murder conspiracies" at trial. As victims of the alleged murder conspiracies, you list multiple unnamed persons as well as twenty named persons.

Mr. Guzmán requests that you specify which of the alleged victims' death resulted from Mr. Guzmán's counseling, commanding, inducing, procuring or causing the

400 Seventh Street NW Ste 306 Washington, DC 20004
A. Eduardo Balarezo, Esq.
Admitted in DC, NY & MD
Tel 202.639.0999
Fax 202.639.0899
Email aeb@balarezolaw.com
Web www.balarezolaw.com

intentional killing of the individual(s). We ask that you provide this information by 5 p.m. Friday, August 24, 2018.

Sincerely,

A. Eduardo Balarezo, Esq.

*Counsel for Joaquín Guzmán Loera*