PROTECTED MATERIAL

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 5, 2018

**TO BE FILED UNDER SEAL**

By Email and ECF

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Jeffrey H. Lichtman, Esq.
11 East 44 Street, Ste 501
New York, NY 10017

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

Pursuant to 18 U.S.C. § 3500, the government is disclosing to you the enclosed material related to certain anticipated cooperating witnesses at trial.[1] The government also is disclosing additional § 3500 material for its anticipated law enforcement officer testimony at trial. This production supplements the government's production of § 3500 material on July 5, 2018 and September 5, 2018. See Dkt. Nos. 260. It includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt.

[1] The government expects to disclose § 3500 material for four additional cooperating witnesses approximately two weeks before each witness testifies. See Dkt. No. 273.

PROTECTED MATERIAL

No. 57. The government will disclose additional § 3500 material related to its cooperating and law enforcement witnesses as it becomes available.

In addition to the § 3500 material disclosed for its cooperating witnesses today, the government has previously produced § 3500 material for certain cooperating witnesses as part of its productions pursuant to Federal Rule of Criminal Procedure 16. That § 3500 material is located at the Bates ranges set forth below.

| Witness | Bates Numbers/Production Date | Description |
|---|---|---|
| [redacted] | • 000000101-000000105, 000000463 (4.10.2017) | Recorded Wire Communications |
| [redacted] | • 000013828-000014251 (8.11.2017)<br>• 000044184-000053317 (9.19.2017)<br>• 000053443-000053799 (9.19.2017)<br>• 000132449-000140995 (11.07.2017)<br>• 000146945-000169471 (11.21.2017)<br>• 000284955-000285419 (11.21.2017)<br>• 000297136-000297171 (1.19.2018)<br>• 000313461-000314111 (2.22.2018) | Intercepted & Recorded Electronic Communications |
| [redacted] | • 000030026-000030867 (8.11.2017)<br>• 000297089-000297135 (1.19.2018)<br>• 000313410 (1.19.2018) | Intercepted Wire Communications |
| [redacted] | • 000146943-000146944 (11.07.2018) | Intercepted Wire Communications 300-479-1480 (calls dated 5/17/10 at 11:15, 5/19/10 at 21:01, 5/20/10 at 10:06, 5/20/10 at 20:06) |

PROTECTED MATERIAL

| Witness | Bates Numbers/Production Date | Description |
|---|---|---|
| [redacted] | • 000313388 (1.19.2018) | Intercepted Wire Communications<br>314-678-7587 |
| [redacted] | • 000237358-000237840 (11.21.2017)<br>• 000238500-000241723 (11.21.2017)<br>• 000244107-000244225 (11.21.2017)<br>• 000244278-000244751 (11.21.2017)<br>• 000247866-000249103 (11.21.2017)<br>• 000250516-000251794 (11.21.2017) | Intercepted Wire Communications<br>TD 31 2A4187A1<br>TD 32 331CD230<br>TD 34 328544A9<br>TD 35 6331854C6<br>TD 40 2A15B3D1<br>TD 42 331CD1DC<br>TD 44 266A5E4F<br>TD 46 331F2F3F |
| [redacted] | • 00053443-00053799 (9.19.2017)[2] | Intercepted Electronic Communications |
| [redacted] | • 000331037-000331043 (10.5.2018) | Drug Ledgers and Maps |
| [redacted] | • 000031388 (10.5.2018) | Intercepted Wire Communications<br>321-469-1693<br>310-619-4016 |
| [redacted] | • 000146943-000146943 (11.7.2017) | Intercepted Wire Communications<br>320-801-9342<br>321-453-1455<br>321-469-1693 |

[2] The government notes that it has been unable to locate a portion of the intercepted electronic communications summarized at these Bates numbers, specifically, the intercepted communications from December 16, 2011 to May 23, 2012 and August 2, 2012 to November 10, 2012. It appears that the intercepted communications were erroneously not preserved. Those summaries include electronic communications of [redacted] and [redacted].

PROTECTED MATERIAL

| Witness | Bates Numbers/Production Date | Description |
|---|---|---|
| [redacted] | • 000326888 (6.25.2018) | Intercepted Wire Communications 310-619-4016 |
| [redacted] | • 000000099-000000105, 000000463 (4.10.2017)<br>• 000329844-000330343 (10.5.2018) | Recorded Wire Communications |
| [redacted] | • 000330344-000330510, 000331352-000331384 (10.5.2018) | Drug Ledgers |
| [redacted] | • 000182742-000183706 (11.21.2017)<br>• 000188389-000188405 (11.21.2017)<br>• 000255842-000256047 (11.21.2017)<br>• 000254538-000254787 (11.21.2017)<br>• 000237841-000237925 (11.21.2017)<br>• 000237931-000238249 (11.21.2017)<br>• 000238270-000238499 (11.21.2017)<br>• 000265861-000268672 (11.21.2017)<br>• 000269009-000269194 (11.21.2017) | Intercepted Electronic Communications (captured over these devices)<br>TD 54 (3314D9FB)<br>TD 50 (331ABBCF)<br>RD 7 (27283E45)<br>TD 33 (33185718)<br>TD 61 & RD 8 (2A4187E4) |

PROTECTED MATERIAL

| Witness | Bates Numbers/Production Date | Description |
|---|---|---|
| [redacted] | • 00057195-00066098 (10.19.2017)<br>• 000122286-000122287 (11.07.2017)<br>• 000169771-000169853 (11.21.2017) | Drug Ledgers |
| [redacted] | • 000028433-000029806 (8.11.2017)<br>• 000033976-000034297 (9.19.2017)<br>• 000035330-000035730 (9.19.2017)<br>• 000035735-000036845 (9.19.2017)<br>• 000038595-000041935 (9.19.2017)<br>• 000066099-000067077 (10.17.2017)<br>• 000071264-000074604 (10.17.2017)<br>• 000075458-000076764 (10.17.2017)<br>• 000076765-000077634 (10.17.2017)<br>• 000087061-000087677 (10.17.2017)<br>• 000125759-000126741 (11.07.2017)<br>• 000127866-000128000 (11.07.2017)<br>• 000128181-000128609 (11.07.2017)<br>• 000129231-000129370 (11.07.2017)<br>• 000129761-000129775 (11.07.2017)<br>• 000131012-000131059 (11.07.2017) | Intercepted Electronic Communications (captured over these devices)<br>TD 19 (PIN 2928EE29)<br>TD 1 (PIN 2964D1EF)<br>TD 14 (PIN 24CE0B9E)<br>TD 28 (PIN 331F2C3B)<br>TD 33 (PIN 33185718)<br>TD 49 (PIN 32F81F01)<br>TD 53 (PIN 2B21ACB9)<br>TD 59 (PIN 22065F1C)<br>TD 62 (PIN 3318ECDE)<br>TD 66 (PIN 20F140E4)<br><br>Intercepted Electronic Communications (user of device)<br>2928EE29<br>2A224F97<br>2B758F4C<br>2A690483<br>2B500CEA<br>2637D7A0<br>2B328D37 |

PROTECTED MATERIAL

| | | |
|---|---|---|
| | • 000131060-000131092 (11.07.2017)<br>• 000131204-000131233 (11.07.2017)<br>• 000131318-000131360 (11.07.2017)<br>• 000131522-000131536 (11.07.2017)<br>• 000188520-000202645 (11.21.2017)<br>• 000205833-000206914 (11.21.2017)<br>• 000215286-000217931 (11.21.2017)<br>• 000230685-000234812 (11.21.2017)<br>• 000237841-000238498 (11.21.2017)<br>• 000252148-000254533 (11.21.2017)<br>• 000254788-000255359 (11.21.2017)<br>• 000260069-000260907 (11.21.2017)<br>• 000264062-000265225 (11.21.2017)<br>• 000269238-000269645 (11.21.2017) | |

In an abundance of caution, the government is also disclosing information related to three confidential sources. Those documents are marked with Bates prefixes CS-1, CS-2 and CS-3. As set forth in the government's letter dated today disclosing information pursuant to Giglio v. United States, 405 U.S. 150 (1972), these documents contain Giglio information for [redacted] respectively.

Per Court order, the government also is enclosing an index cross-referencing portions of its cooperating witness § 3500 material that address each murder conspiracy in the bill of particulars the government has issued for Violation 85 of Count One of the Indictment.

PROTECTED MATERIAL

If you have specific questions about the government's production, please reach out to the prosecution team.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF and Hand)