**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

GMP:MPR
F. #2009R01065

October 5, 2018

By ECF

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Jeffrey H. Lichtman, Esq.
11 East 44 Street, Ste 501
New York, NY 10017

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

The government's next production of supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure is enclosed. This production includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. The government is also producing draft transcripts pursuant to the parties' September 12, 2017 signed stipulation. This discovery production supplements previous productions on February 14, 2017, March 8, 2017, April 10, 2017, May 5, 2017, June 7, 2017, July 21, 2017, August 11, 2017, September 19, 2017, October 17, 2017, November 7, 2017, November 21, 2017, January 19, 2018, February 12, 2018, March 19, 2018, April 16, 2018, May 18, 2018, May 25, 2018, June 05, 2018, June 25, 2018, August 10, 2018 and September 14, 2018. The government also requests reciprocal discovery from the defendant.

The Government's Discovery

| | |
|---|---|
| 000329837 | MCC Recordings of the Defendant |
| 000329838-000329840 | Photos from seizure |

Pursuant to the Court's order granting the government's request to delay disclosure of certain material discoverable under Rule 16 until disclosure of 18 U.S.C. § 3500 material for its cooperating witnesses, see Dkt. Nos. 176, 207, 291, the government is now disclosing the materials set forth below. The government will make additional such disclosures at the time it discloses its remaining § 3500 material.

Delayed Disclosure Discovery

| | |
|---|---|
| 000329841-000329843 | Photos of the defendant and a coconspirator |
| 000329844-000330343 | Recorded wire communications and draft translations |
| 000330344-000330510 | Drug ledgers |
| 000330511-000331029 | Books, letters and draft translations |
| 000331030-000331036 | Photos and videos |
| 000331037-000331043 | Ledgers and draft translations; maps |
| 000331044-000331051<br>000331053-000331059 | Travel Records and Travel Documents |
| 000331052 | Photo of the defendant and a coconspirator |
| 000331060-000331076 | Letters from defendant and draft translations[1] |
| 000331077 | Video |
| 000331078-000331351 | Photos of coconspirators, victims and other persons |

[1] The government previously produced these documents to you as exhibits to its second motions in limine. See Dkt. No. 326, Exs. I, I-1, J, J-1.

| | |
|---|---|
| 000331352-000331384 | Certified Yahoo! records |

This letter serves as notice under Federal Rule of Evidence 902(11) that the government intends to offer the certified business records identified above at trial.

If you have specific questions about the government's discovery productions, please reach out to the prosecution team.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF) (without enclosure)

Enclosure