**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 9, 2018

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

Pursuant to the Court's September 20, 2018 order, the parties respectfully submit the following proposed agenda for the October 10, 2018 status conference:

1) Forfeiture Money Judgment
   a. On October 9, 2018, the government filed a letter with the Court requesting that there be no trial on the issue of a forfeiture money judgment should the defendant be convicted at trial. See Dkt. No. 356.

2) Stipulations
   a. The parties are engaged in discussions about possible stipulations concerning a variety of categories of witnesses. The government will provide several proposed stipulations to defense counsel for its consideration.

3) Discovery and 3500
   a. The government produced its Section 3500 material to the defense on October 5, 2018, which included the material for all but four of its cooperating witnesses. For four cooperating witnesses, the government has requested delayed disclosure due to security concerns. The government will produce the 3500 material for those witnesses two weeks before they testify.
   b. The government, to date, has not received discovery or expert notice from the defense.

4) Motions In Limine
   a. The parties agreed to a short adjournment of the due date for the government's reply to the defense's opposition to the government's second tranche of motions in limine, to October 15, 2018.

5) Motions by the Press
   a. The defense filed its motion detailing its response to recent motions by the press. The government will file its response as soon as practicable, per the Court's order, and in advance of trial.

6) Giglio Material
   a. The defense requests that the supporting Giglio materials the government provided on October 5, 2018, be provided in a manner that will not require significant investigatory work for the defense to reach the same level of information.
   b. The government will work with the defense to resolve these issues.

Respectfully submitted,

COUNSEL FOR DEFENDANT
A. Eduardo Balarezo, Esq.
William Purpura, Esq.
Jeffrey H. Lichtman, Esq.

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF)