The New York Times Company

**David McCraw**
**Vice President &**
**Deputy General Counsel**

620 Eighth Avenue
New York, NY 10018
tel 212.556.4031
fax 212.556.4634
mccraw@nytimes.com

October 15, 2018

RECEIVED
HON. Brian M. Cogan
OCT 16 2018

**VIA FEDERAL EXPRESS**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Beltran-Levya, et al.*, 09-cr-466 – Proposal for Access to *Voir Dire* and Juror Questionnaires

Dear Judge Cogan:

I write on behalf of The New York Times Company ("The Times") regarding requests for access to *voir dire* and juror questionnaires made by The Times and Newsday in the upcoming trial of Joaquín Guzmán Loera. At last Wednesday's status conference, the Court instructed the parties to put forward a plan addressing the access issues raised by The Times and Newsday in their letters of October 1 and 2, 2018 as well as the Court's concerns in respect to juror privacy and candor. In light of that direction, The Times has proposed the following to the parties:

1. Individual *voir dire* will be conducted by the Court at counsel table with members of the press seated in the jury box (to allow room for jurors in the gallery seats).

2. If the Court determines that a juror has a need to discuss a private matter, a sidebar *voir dire* will be conducted at the bench or in chambers with a pool reporter (to be designated by the press) present.

3. Transcripts of the private sidebars will be released at the end of each day.

4. Jury questionnaires, with the first page removed to maintain juror anonymity, will be made public at the start of *voir dire*.

The Times believes the proposal would satisfy both the legal requirements of access under the Constitution, as set forth in its prior letter, and the Court's concerns.

We thank the Court for its consideration.

Respectfully submitted,

David E. McCraw

cc: All counsel of record (via e-mail)