RECEIVED
HON. Brian M. Cogan
OCT 16 2018

October 10, 2018

U.S. District Judge Brian Cogan
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY

Judge Cogan:

We are members of the "in house" press covering Brooklyn federal court – organizations that devote substantial resources to covering the court on a regular basis and are credentialed in the Eastern District. We are writing to request your assistance in covering the upcoming trial of Joaquin Guzman Loera, 09 CR 466.

It is our understanding that marshals will be reserving some seats in the courtroom for the press at the upcoming trial on a first-come, first-serve basis, but no subset of seats will be reserved for in-house reporters, who number no more than ten at this point according to courthouse officials.

Because of the substantial national and international interest in this case, we are concerned that local papers that cover the court regularly and/or serve audiences in the Eastern District – such as the New York Times, Newsday, the Daily News and New York Post and the local bureaus of Associated Press, Courthouse News and Bloomberg – could be regularly frozen out, in part because of our responsibility to simultaneously track and attend other cases in the courthouse.

We understand there will be an overflow room with a closed circuit feed, and appreciate your effort to make sure the press at large is accommodated. But there is particular value to being inside the courtroom. If you would consider asking court personnel to set aside a few seats for in-house press, it would be quite helpful and much appreciated.

Thank you for your attention.

John Riley, Newsday

Signing by proxy:

Tom Hays, Associated Press
Alan Feuer, New York Times
Emily Saul, New York Post
Patricia Hurtado, Bloomberg News
Amanda Ottaway, Courthouse News
Molly Crane-Newman/Stephen Brown, NY Daily News

Riley
Newsday

U.S. District Judge Brian Cogan
Eastern Dist. of NY
225 Cadman Plaza
Brooklyn, NY

USMS

FILED
IN CLERK'S OFFICE
U.S. DIST[illegible] E.D.N.Y.
★ OCT 15 2018 ★
BROOKLYN OFFICE