**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

GMP:MPR
F. #2009R01065

October 26, 2018

By Hand

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

The government and the defendant respectfully submit this joint letter in response to the Court's July 24, 2018 order requesting both parties to "give the Court their joint list of acceptable venirepersons." Attached please find two lists containing the following:

(1) venirepersons deemed acceptable by both the government and defense (Exhibit A); and (2) venirepersons deemed acceptable by one party, either the government or the defense (Exhibit B).

Respectfully submitted,

JEFFREY LICHTMAN
11 East 44th Street
New York, NY 10017

A. EDUARDO BALAREZO
400 Seventh Street NW
Suite 306
Washington, DC 20004

WILLIAM B. PURPURA
8 E. Mulberry Street
Baltimore, MD 21202

Counsel for the Defendant

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
Southern District of Florida

Counsel for the United States of America

cc: Clerk of the Court (BMC) (by ECF) (without enclosure)