BALAREZO LAW
CRIMINAL DEFENSE

November 4, 2018

The Honorable Brian M. Cogan
United States District Judge
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Archivaldo Guzmán Loera*
Case No. 09-CR-0466(S-4)(BMC)

Dear Judge Cogan:

I respectfully write to request authorization for Mr. Guzmán's paralegals to possess cellphones and computers inside the courthouse and the courtroom during the duration of trial, beginning November 5, 2018. The paralegals will be assisting the defense during trial and need to be in communications with counsel as well as have access to files on their computers. The paralegals' names will be provided separately to chambers.

Thank you in advance for your consideration of this request.

Respectfully submitted,

A. Eduardo Balarezo

cc:

The parties via ECF

400 Seventh Street NW Ste 306 Washington, DC 20004

A. Eduardo Balarezo, Esq.
Admitted in DC, NY & MD

Tel 202.639.0999
Fax 202.639.0899

Email aeb@balarezolaw.com
Web www.balarezolaw.com