*Mariel A. Colon Miró*
*Law Office of*
*Michael L. Lambert*
*369 Lexington Ave*
*2nd Floor, PMB #229*
*New York, NY, 10017*
*Ph: (917) 743-7071*
*Email: mariel.colon8@gmail.com*

November 6, 2018

The Honorable Brian M. Cogan
United States District Judge
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Archivaldo Guzmán Loera*
Case No. 09-CR-0466 (S-4)(BMC)

Dear Judge Cogan:

I respectfully write to request that Mr. Guzmán be allowed to give his wife, Emma Coronel Aispuro, a brief momentary greeting to include perhaps an embrace on Tuesday, November 13th right before the beginning of the opening statements. It can be a brief embrace in open court with the courtroom railing between them. This entire process should not take more than a few seconds.

At the very least, we would ask the court that this humanitarian gesture be granted given the fact that as the court knows, since his arrival to New York, Mr. Guzmán has not been permitted to have any contact with his wife either by telephone or in person. Ms. Coronel has never been allowed to visit or communicate with her husband in any manner. The justification for limiting family communication in the SAMs was and still is "to prevent [Mr. Guzmán] from committing, soliciting, or conspiring to commit additional criminal activity."

Mr. Guzmán has been detained for nearly two years at MCC in solitary confinement. The only human contact Mr. Guzmán has had since his extradition has been with the jail personnel when putting and removing his shackles, and a quick handshake from his attorneys when he goes to court. Mr. Guzmán has been confined to a very small, windowless cell for 23 hours a day Mondays through Fridays and 24 hours a day during the weekend. Except for legal visits, Mr. Guzmán has been completely isolated. As a result, Mr. Guzmán's mental and emotional health have deteriorated. It is well known that solitary confinement posses negative effect to a person's sanity. It is of dire concern

that Mr. Guzmán's deterioration of his mental and emotional health could lead potentially to a problem in his ability to effectively assist in his defense.

Permission to allow Mr. Guzmán to give a momentary greeting with his wife, such an embrace with the railing between them, would not pose a threat to security. This would not facilitate any criminal activity. This could be done in the presence of prosecutors, defense counsel, and U.S. Marshals.

It is not reasonable to infer that a momentary greeting, done under the eye of the U.S. Marshals would present a risk of Mr. Guzmán escaping court or even passing messages to his wife. The entire courthouse has security precautions in place. There is no danger that he would try to escape. Mr. Guzmán has never been disrespectful, aggressive or violent towards any MCC staff member or defense team member.

Therefore, in the interest of Mr. Guzmán's mental health and in the interest of justice, it is respectfully requested that the petition for a humanitarian gesture to Mr. Guzmán be granted.

Respectfully Submitted,

/s/ Mariel Colón Miró, Esq.
Attorney for Defendant

cc:

The parties via ECF