BALAREZO LAW
CRIMINAL DEFENSE

November 8, 2018

The Honorable Brian M. Cogan
United States District Judge
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Joaquín Archivaldo Guzmán Loera*
Case No. 09-CR-0466(S-4) (BMC)

Dear Judge Cogan:

Mr. Guzmán respectfully writes in response to the Court's Order of today (Doc. 428) directing the parties to reply concerning why the Court should not publicly file its Order (Doc. 403) with the Court's redactions.

Mr. Guzmán submits that his proposed redactions are appropriate for the reasons set forth in his prior filing (Doc. 429).

Respectfully submitted,

/s/

A. Eduardo Balarezo

cc:

Government Counsel
(vis ECF)

400 Seventh Street NW Ste 306 Washington, DC 20004
A. Eduardo Balarezo, Esq.
Admitted in DC, NY & MD
Tel 202.639.0999
Fax 202.639.0899
Email aeb@balarezolaw.com
Web www.balarezolaw.com