RECEIVED
HON. Brian M. Cogan
NOV 20 2018

Nov. 20, 2018

U.S. District Judge Brian Cogan
EDNY
225 Cadman Plaza
Brooklyn, NY

Dear Judge Cogan:

We are members of the public and reporters covering the case of U.S. v. Guzman-Loera, 09CR466. We are writing to request access to an unredacted copy of a letter filed by the government seeking to limit cross-examination (Docket 451).

As you know, there is a presumption of public and press access to court proceedings and judicial documents under both the common law and our Constitution. This presumption can only be overcome when a court makes specific findings on the record that it is overcome by a compelling interest in keeping matters secret from the public. Any sealing order must be narrowly tailored.

This government filing, seeking a ruling by the court, is a judicial document. The government has provided no basis for sealing on the public docket. You have made no findings publicly, nor would any be justified.

If this letter relates to cross of the current witness, Mr. Zambada Garcia, no claim based on his safety would be well founded since his identity is well known.

A primary goal of the presumption is to insure that the judicial process itself is transparent. Your rulings cannot be critically scrutinized if they are secret determinations made on secret filings. Transparency breeds trust in the courts, and secrecy breeds suspicion.

Thank you for your attention.

Alan Feuer
New York Times

John Riley
JOHN RILEY
NEWSDAY

Emily Saul
New York Post