```
                                                                    1

 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   -------------------------------x
                                              09-CR-00466(BMC)
 3   UNITED STATES OF AMERICA,
                                              United States Courthouse
 4                                            Brooklyn, New York

 5          -against-                         January 14, 2019
                                              9:30 a.m.
 6   JOAQUIN ARCHIVALDO GUZMAN LOERA,

 7               Defendant.

 8   -------------------------------x

 9                          EXCERPT

10            TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
                BEFORE THE HONORABLE BRIAN M. COGAN
11                  UNITED STATES DISTRICT JUDGE

12   APPEARANCES

13   For the Government:       UNITED STATES ATTORNEY'S OFFICE
                                Eastern District of New York
14                              271 Cadman Plaza East
                                Brooklyn, New York 11201
15                              BY:  GINA M. PARLOVECCHIO, AUSA
                                     ANDREA GOLDBARG, AUSA
16                                   MICHAEL ROBOTTI, AUSA

17                              UNITED STATES ATTORNEY'S OFFICE
                                Southern District of Florida
18                              99 NE 4th Street
                                Miami, Florida 33132
19                              BY:  ADAM S. FELS, AUSA

20                              DEPARTMENT OF JUSTICE
                                Criminal Division
21                              Narcotic and Dangerous Drug Section
                                145 N. Street N.E. Suite 300
22                              Washington, D.C. 20530
                                BY:  ANTHONY NARDOZZI, ESQ.
23                                   AMANDA LISKAMM, ESQ.
     (CONTINUED FOLLOWING PAGE)
24

25
```

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

```
 1   (APPEARANCES CONTINUED)

 2

 3
     For the Defendant:      BALAREZO LAW
 4                           400 Seventh Street, NW
                             Washington, D.C. 20004
 5                           BY:  A. EDUARDO BALAREZO, ESQ.

 6                           LAW OFFICES OF JEFFREY LICHTMAN
                             11 East 44th Street, Suite 501
 7                           New York, New York 10017
                             BY:  JEFFREY H. LICHTMAN, ESQ.
 8                                PAUL R. TOWNSEND, ESQ.

 9                           LAW OFFICE OF PURPURA & PURPURA
                             8 E. Mulberry Street
10                           Baltimore, Maryland 21202
                             BY:  WILLIAM B. PURPURA, ESQ.
11
                             LAW OFFICES OF MICHAEL LAMBERT, ESQ.
12                           369 Lexington Avenue, PMB #229
                             New York, New York 10017
13                           BY:  MARIEL COLON MIRO, ESQ.

14

15

16

17

18

19   Court Reporter:         Georgette K. Betts, RPR, FCRR, CCR
                             Phone:  (718)804-2777
20                           Fax:    (718)804-2795
                             Email:  Georgetteb25@gmail.com
21

22

23
     Proceedings recorded by mechanical stenography.  Transcript
24   produced by computer-aided transcription.

25
```

1           (The following occurred in the jury room; all jurors
2  present.)
3           THE COURT:  Good morning, everybody.
4           THE JURY:  Good morning.
5           THE COURT:  How are you?
6           THE JUROR:  Is it someone's birthday?
7           THE COURT:  As you know, I have been instructing you
8  at least once a day, usually at the end of the day to be very
9  careful about staying away from any media coverage of the
10 case.  And I know you've been trying your best to do that,
11 despite the fact that I'll tell you there's been a fair amount
12 of media coverage of the case.
13          There was an article over the weekend, and there may
14 be more, that really don't bear on the case directly, but they
15 had to do with the personal actions of one of the attorneys
16 who's working on the case.  And I need to make sure that --
17 first of all, I need to know whether anybody saw that article,
18 despite my instruction to stay away from that stuff, and if
19 anybody did see it, I need to make sure that they still
20 believe they can give the defendant a fair trial and that
21 article isn't going to influence them in any way.
22          So let me ask the first question, first, does
23 anybody know what article I'm talking about dealing with the
24 personal affairs of one of the attorneys?
25          THE JURY: No.

PROCEEDINGS 4

1    THE COURT: Now is the time if anybody saw it.
2    THE JURY: No.
3    THE JUROR: I have no idea what you're talking
4 about.
5    THE COURT: Okay. You are doing a great job, you're
6 doing just what you're supposed to do. Okay. That's all I
7 need to ask you, we will be with you very shortly. Thank you.
8    (Excerpt concluded.)

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*