**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 31, 2019

**TO BE FILED UNDER SEAL**

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Judge Cogan:

Pursuant to the Court's July 24, 2019 order, the government writes in response to the letter filed by The New York Times Company ("NYT") on July 22, 2019. See Dkt. No. 653. The government does not concede the validity of the arguments raised by NYT in its letter. It will, however, agree to voluntarily unseal certain documents in their entirety and redacted versions of certain other documents.

The government agrees to unseal the following documents in their entirety:

- The following exhibits attached to the defendant's motion to suppress evidence derived from the defendant's FlexiSpy accounts: Dkt. Nos. 263-2, 263-4, 263-7, 263-8 and 263-9.

- The defendant's motion to suppress evidence obtained from computer servers in the Netherlands, filed as Dkt. No. 264.

- The following exhibits attached to the defendant's motion to suppress evidence obtained from computer servers in the Netherlands: Dkt. Nos. 264-2 through 264-13 and 264-15.

- The following exhibits attached to the government's opposition to the defendant's motions to suppress: Exs. A-1, B, B-1, C, C-1, D, D-1, E, E-1, F, G, H, I, J, J-1, K, L, M, N, O, P, Q, R, S-1, T-1, U-1 and HH (attached hereto).[1]

The government agrees to unseal the following documents, with limited redactions. For the Court's references, these documents are attached hereto, and the government's proposed redactions are highlighted with red boxes.

- The following exhibits attached to the defendant's motion to suppress evidence derived from the defendant's FlexiSpy accounts: Dkt. Nos. 263-1, 263-3, 263-5 and 263-6.

- The following exhibits attached to the defendant's motion to suppress evidence obtained from computer servers in the Netherlands: Dkt. Nos. 264-1, 264-14 and 264-16.[2]

- The following exhibits attached to the government's opposition to the defendant's motions to suppress: Exs. A, S, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, FF, GG and GG-1.[3]

The government submits that these redactions are necessary to protect witness security. [redacted] Such details may properly be withheld from the public record. See United States v. Amodeo, 4 F.3d 141, 147 (2d Cir. 1995) ("Amodeo I"); see also Dkt. No. 549 (Government Response to Press Letters).

---

[1] Due to their volume, the government is hand delivering a disc to the Court with the attached exhibits. To the extent the documents discussed above contain redactions, they are the original redactions to the exhibits as filed with the Court in connection with the defendant's suppression motions.

[2] The only new redaction the government is proposing to Dkt. No. 264-14 is to the last full paragraph on page 115. The remaining redactions were in the original document filed with the Court.

[3] The only new redaction the government is proposing to Ex. GG-1 is to paragraph 32 and heading "F." The remaining redactions were in the original document filed with the Court.

Accordingly, for the foregoing reasons, the Court should unseal certain documents in their entirety and partially unseal the remaining documents.

Respectfully submitted,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF)
Defense Counsel (by ECF)