3/21/2023

onorable Jues Brian M. Cogan

de la manera mas atenta le escribo para manifestarle lo siguiente le pido de fabor me autorise 30 dias mas para aser llegar la mocion 2255 a la corte ya que asta el dia de oy no la tengo lista por la razon siguiente a mi abogada le autorisaron visita el dia 8 de febrero y ese dia le entrege un escrito para que se los esiera llegar a los fiscales de mi caso en nueba yor solicitandoles la evidencia que nesecito para poder ingresar a la corte la mocion y desde el dia 8 de febrero asta el dia 15 de marzo autorisaroy visita con mi abogada no visita no llamada telefonica para yo poder saber que estaba pasando que abian dicho los fiscales a mi abogada si es que abian dicho algo asta el dia 15 de marzo un mes y 8 dias que abian pasado pude saber que los fiscales contestaron a mi abogada que ellos entregan la evidencia solicitada si el Jues les dise que la entregen sino no la entregan señor Jues de fabor le pido que ordene a los fiscales que entregen a guzman la evidencia solicitada

2

ya que esa eividencia es importante para guzman para poder aser llegar la mocion a la corte de destrito ya que guzman no cuenta no cuenta con esa eividencia ya que cuando termino el juicio los abogados recogieron toda la eividencia de la regla 16 y la 3500 a los abogados de guzman digeron que porque esa eividencia redactada la eividencia que nesecito es la sigiente la solicitud de la regla de especialidad regla 17 en este caso la nota diplomatica Nº 17 - 0245 de fecha 19 de Enero de 2017 que isieron llegar a mexico dicho por los fiscales del caso de guzman la renuncia de mexico la solicitud que isieron llegar a olanda para que el jues de olanda diera permiso para intersektar las comunicaciones de 3 serbidores que se encontraban en su pais paises bajos olanda tambien las extenciones que estubieron mandando cada 30 dias de mayo a disiembre de 2011 para que el jues de olanda les sigiera dando permiso para segir interseptando las comunicaciones de los 3 serbidores que se encontraban en olanda tambien

tambien las llamadas que se presentaron en el juicio tambien los mensajes de texto que se presentaron en el juicio de los Black Berry de los Sky Sky que Resibian los mensajes de texto de los Black Berry Tambien la produccion que entregaron a los abogados publicos de fecha 10 de abril de 2017 si Juez le comento un poco de mi situacion en que me encuentro en condiciones inhumanas este mes cumpli un año que nada mas me an autorisado 9 llamadas telefonicas con mi abogada asta el dia de oy no an aplicado el Reglamento que es un derecho que todo preso tiene no actividades una discriminacion muy grande le agradesco mucho que de favor les ordene a los fiscales de mi caso me agan llegar la Evidencia solicitada ya que para mi es Vital poder anexar a la mocion esa Evidencia para demostrar la Eneficiencia de los abogados de guzman y asi poder aser llegar la mocion a la corte Gracias de antemano le agradesco

Joaquin guzman L.

4

no aßia podido, aser llegar este Escrito a la
Corte porque tengo mas de un mes que
no tengo estampillas Ojala me Bendan
luego en Comisaria para poder aser
llegar el Escrito ya oy es 28 de marzo
Ojala me Bendan estampillas antes que
se bensa la fecha que me deo la Corte
oy 5 de abril me bendieron Estampillas
por esa Razon no le pude aser llegar el
Escrito antes de aqui de la prieion pero
este mismo Escrito se lo pude aser
llegar anterior mente a traber de mi
abogada de antemano le agradesco
                    Joaquin Guzman L.

CM - 23-89914053 - 0421-mo-012

Name Joaquin Guzman L.
Reg. No. 89914053
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

DENVER CO 802

Correo Especial

onorable Jues Brian M. Cogan
Clerk of U.S. district court
Eastern district of new york
225 cadman plaza East
Brooklyn N.Y. 11201

11201-183299