FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 27 2023 ★
BROOKLYN OFFICE

6/7/2023

I

Onorable Jues Brian M. Cogan de la manera mas atenta le Escribo esta Carta para manifestarle lo siguiente oy me visito mi abogada Mariel Colon y me dijo que ablo la fiscal que esta al frente de las Reglas Samz y le dijo que no autorisora mas llamadas telefonicas Con mi hermana y mis niñas en el mes de mayo nada mas me autorisaron una llamada con mi hermana y mis 3 niñas usted autoriso 2 llamadas telefonicas Cada 15 dias 2 llamadas al mes la Justificacion que dio la fiscal que guzmán abia Escrito enmar Coptar a su familia allegada y que las abia mandado con para legal lo que no es asi guzmán Escribio b Coptar a su familia allegada y a su abogado en mexico y las tenia en mi selda con la Esperanza que el Jues de denBer Colorado Resolbiera la mocion que guzmán iso llegar en Contra de las Condiciones insumanas en las que lo an mantenido desde el 19 de Enero de 2017 que lo llebaron a nueBa yorer la mocion guzmán le

2

pide al Juez que le autorise poder Escribirle a su familia allegada y guzmán como asta el día de oy no tiene actividades no an aplicado el Reglamento que todo preso tiene ese derecho y guzmán con la Esperanza de que cuando el Juez de demser diera el fallo autorisara poder Escibir a su familia allegada guzmán los oficiales se llebaron las costas de mi selda guzmán no cometio ninguna falta porque las costas que escribio estaban en su selda y no tieng nada malo que ayga Escrito a su familia allegada con la Esperanza que el Juez de demser Co fallara a su favor para poder mandar por correo las costas a su familia y los fiscales digieron a mi abogada que yo mande las costas a mi familia con para legal pero no fue asi lo bueno que ay camoras tanto en visita como en mi selda y alli se sabe la verdad yo que para legal de 2021 a la fecha tiene muchos en quios de dinera claro que si porque mi Hymana cada semana que me visitaba le pagaba a para legal lo que pagaba Renta de Corro otel Boleto de abion Comida ya que un tiempo

Biojaba desde ayutlan Iban
cuesta mar de mil dolares cada
visita porque la Renta de Carro desde
dember Cb. por 7 dias porque Biajaba
de ayutlan eran 2 dias por visita
un dia llegaba de ayutlan y otro dia
me visitaba y se Regresaba a ayutlan
el dia que me visitaba y la fiscal al
ver los gastos y las costas que estaban
en mi selda me emaxino que penso
que la para Legal ese dinero que mi
hermana le mandaba pagandole lo
que se gastaba cada visita era para
que esieja llegar costas pero ese dinero es
Justificado no ay ninguna evidencia
en picion que demuestre lo que la
fiscal le dijo a mi abogada de favor
señor Juez que los fiscales no quiten
ese derecho de una llamada cada 15 dias
y al mes que usted autorise con mi
hermana y mis 2 niñas tambien de
favor que los fiscales que estan al frente
de las Reglas Sams. autorisen llamada
con mi abogada desde que llegue a este
lugar que ya el mes quinto cumplo 4
años y a abido mucho problema para

Que me autorisen llamada telefonica
cuando estaba en apelacion abia meses
que una llamada al mes algo[tros] meses
cuando bien me iba autorisaron 2
llamadas al mes y tengo un año 5
meses que nada mas me an autorisado
11 llamadas esto es algo discriminatorio
y todo es porque en las mociones P.R.O
que ise llegar a la corte de apelacion y
la mocion 2255 e debido a los fiscales
de mi caso en los fraudes que llebaron
acabo en venganza me tienen en
condiciones crueles inhumanas eso que
no me autorisen llamadas con mi
abogada eso es discriminacion para todo
lesan la bandera que porque Guzman se
fugo de la prision en mexico una sabida
absurda en esta prision todo los presos
tiene llamada con su abogada cada ves
que el abogado solicita llamada con su
cliente es un derecho que todo preso tiene
yo tengo una mocion en su corte y
estoy preparando otra mocion para
aserla llegar a la corte de dember sobre
las condiciones ya que el jues fallo
el 23 de mayo de 2023 y dijo que se corigiera
la mocion y dijo en el fallo lo que oy que asel

por haber señor jues ordene que me den llamada telefonica con
mi abogada y con mi hermana y mis hijas de antemano lo agradesco

23-87914053-0611-22

Name Joaquin Guzman Jr
Reg. No. 89914053
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

onorable Brian M. Cogan
unitied states district court judge
Eastern district of new york
225 cadman plaza East
Brooklyn N.Y. 11201

i120181832 C030