RECEIVED
JUL 20 2023
PRO SE OFFICE

Onorable Juez cogan

de la manera mas atenta que dirijo a
usted para manifestarle lo sigiente
no padre yo guzman contestar
adecuadamente la mocion de los
fiscales que presentaron en Respuesta
a la mocion P.R.O. que ise llegar a
la corte de destrito 2255 por la
sigiente Razon yo no conosco la
Ley en Estados unidos no cuento en
este lugar con una conputadora
mucho menos con internet y me Vea
en la necesidad de molestarlo que de
Haber me nombre un abogado
publico como los 2 abogados que
me nombro el 20 de Enero de 2017
para que me aga la segunda
mocion y pueda contestar
adecuadamente la mocion que
presenten los fiscales ya que los
fiscales aceptaron casar a su
mocion y ellos Escribiran su
mocion en su alta sabiduria que
yo no sabre mas bien no entendere
a su Escrito ya que yo no Estudie
nada mas asta segundo de primaria

nada mas aprendi a Escribir pero no se donde ba una coma ni donde ba un punto usted se dara cuenta al ber mi Escrito de fabor le pido que me nombre un abogado publica de preferencia una de las 2 que me nombro en 2017 una es el Lic manzol y la Licenciada michel por la sigiente Razon porque ya los conosco y si no me nombra a una de ellos pues al fin usted deseda ya que para mi es bital tener un abogado publico para que me ausilie en la mocion que ay que aser despues que los fiscales contesten la mocion

de antemano le agradesco

18358

Name Joaquin Guzman L
Reg. No. 89914053
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

23-89914053-0021-mo-024

USMS

FOREVER USA
PURPLE HEART

13 JUL 2023   PM 8 L

DENVER CO 802

Correo Especial

Onorable Juez Brian M Cogan
united States district Judge
united states district court
Eastern district of new york
225 cadman plaza East
Brooklyn N.Y. 11201