# TRANSLATION

Honorable Judge, Brian M. Cogan

7/9/2023

I address you most courteously, to tell you the following: my attorney, Mariel Colon visited me on June 20 and brought me copies related to the 2255 motion.  She wasn't permitted to bring them into the visiting room so that I could read them.  [This was because] they were written in Spanish.  Your Honor, here in the prison they know that I don't understand English.  The Prosecutors who deal with the [unintelligible] rules have always brought me copies in Spanish; [those] regarding my legal situation.  They told my lawyer to drop off here in the prison [anything] she would be bringing me in Spanish and that they would give me the documents.  To this day, they haven't given them to me.  Some 4 years ago I arrived here.  My attorney delivered a dictionary, and about 2 years ago my attorney delivered transcriptions of witness testimony from the trial.  So far, I haven't received anything that the attorney has brought for me.  This is serious discrimination and a violation of my human rights.  All of it done knowingly and with ill will toward me.  They always use the excuse that it's because Guzman fled from a Mexican prison.  This is a ridiculous claim [used to] justify the anomalies.  Your Honor, I ask you to please order the appropriate individual to please turn over to me those documents; and [have them] allow my attorney to come in with the documents in Spanish [when she comes] for a visit.  As regards my legal situation, this is a right every prisoner enjoys, and they know that they are violating the prisoner's rights.  I am writing through the prison and also through my attorney

since they are withholding my letters.  It's for this reason that I find it necessary to write to you through my attorney as well.  Thank you.

Thanking you in advance,

Translated by Certified Spanish interpreter, Rosa Olivera, on 8/7/23.