7/31/2023

RECEIVED
HON. Brian M. Cogan
AUG 16 2023

Onorable Juez Cogan

de la manera mas atenta le Escribo para manifestarle la siguiente oy me visito mi abogada y me trajo la mocion del gobierno de fecha 31 de Julio en Respuesta a la mocion P.R.O. 2255 fui yo ese llegar a la Corte al ver la mocion del gobierno me di cuenta que no podre contestar al gobierno por la Razon que su alta escuela ay palabras que no entiendo y incluieron muchos casos a su mocion yo no conosco la Ley de este pais me es imposible poder contestar a los fiscales yo no entiendo tanto caso que incluieron a su mocion asercar un abogado señor Juez le pido el gran fabor que me nombre un abogado publico para que llebe acabo la segunda mocion y la presente y si no me nombra un abogado publico autorise a la Lic Maries Colon que ella la aga y la presente disculpe señor Juez que lo moleste otra Juez de nuevo con respeto a que me nombre un abogado publico

pero no tengo otra ocecion no tengo comunicacion con mi hermana desde mayo para que ella me ayudara a buscar un abogado y me dise la Lic mariel que tengo que contestar la mocion en un mes contanda la fecha en que el gobierno presento su mocion a la corte ya el 21 de agosto se cumple el mes y no cuento con un abogado para que aga la mocion y la presente le pido de favor que me autorise 30 dias mas para si usted autorisa un abogado publico que me Representa y si no autorisa un abogado publico autorise a la Lic mariel que lleve acabo la mocion y la presente le pido de favor que me ayude para poder llebar acabo la segunda mocion

    de antemano le agradesco

Name: Joaquin Guzman L.
Reg. No. 89914-053
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

cm 23-89914053-0804-mo.03t

RECEIVED
HON. Brian M. Cogan

AUG 1 6 2023

Correo especial

DENVER CO 801
10 AUG 2023 PM 8 L

Honorable Juez Brian M. Cogan
United States district court
Eastern district of New York
225 Cadman plaza East
Brooklyn N.Y. 11201

1120181832 C090

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

AUG 10 2023

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.