# **TRANSLATION**

7/31/2023

        Honorable Judge Cogan

I'm writing you, most courteously, to tell you the following: my attorney visited me today and brought the Government motion dated July 21 which is a response to the P.R.O. 2255 motion that I sent to the Court. When I saw the Government's motion, I realized that I can't respond to the Government for the simple reason that in its high schooling there are words I don't understand and that they included many cases in the motion. I don't know the laws in this country. It's impossible for me to answer the Prosecutors. I don't understand all the cases they included in the motion; scarcely one attorney. Your Honor, I ask, as a favor, that you appoint a public attorney to work on the second motion and submit it. If you don't appoint a public attorney for me, then that you authorize Mariel Colon, Esq. to work on it and submit it. Your Honor, I'm sorry to trouble you again regarding the appointment of a public attorney, but I have no other option. I haven't been able to get in touch with my sister since May; she would be able to help me find an attorney. Counselor Mariel tells me that I have one month as of the date on which the Government presented its motion to the Court, to respond to it. The month will expire on August 21, and I don't have an attorney to work on the motion and submit it. I ask, as a favor, that you grant me an additional 30 days, in case you authorize the appointment of a public attorney to represent me. If you don't authorize a public attorney, that you allow Counsellor Mariel to work on the motion and submit it. I ask that you please help me so that I can file the second motion.

        I thank you in advance.


Translated by Certified Spanish interpreter, Rosa Olivera on 8/22/23.