honorable Juez Brian M. cogan

de la manera mas atenta le Escribo para manifestarle lo segiente disculpe que lo moleste por lo sigiente le pido el fabor que me autorise que me pueda visitar mi Esposa y tambien me traiga las niñas ya que mi Esposa cumple el amaigo que se le puso el 13 de septiembre de 2023 y de esa fecha en adelante ella podra viajar en todo el pais ya que tendra probatoria nada mas los fiscales se opusieron a que me visitara cuando me llebaron a Nueba Yor argumentando que ella podia pasar mensajes en contra de los testigos y que ellos los tenian que proteger algo absurdo ya que lo que se abla en visita todo queda grabado y aparte ay camaras pues ahora no ay esa preocupacion de los fiscales ya guzman Esta sentenciado ya no ay ni siquiera alguna audiencia no veo porque no se le autorise a mi Esposa que me visite y tambien traiga las niñas señor Juez guzman le pide de fabor que le autorise que lo visite su Esposa ya que es la unica persona que lo puede visitar ya que sus hermanas y su mama no

tienen visa para poder viajar a Colorado a visitar a guzman y las niñas Estan Estudiando en mexico y nada mas pueden viajar a visitar a su papá en Vacaciones 2 veses al año maximo 3 veses

de antemano le agradesco gracias

CM-23-8914053-0814-mo-038

Name Joaquin Guzman L.

Reg. No. 8 9914053

U.S. Penitentiary Max.

P.O. Box 8500

Florence, CO 81226-8500

RECEIVED IN PRO SE OFFICE

AUG 2 3 2023

FOREVER USA
PURPLE HEART

Correo Especial

honorable juez Brian M. Cogan

united states district court judge

Eastern district of new york

225 Cadman plaza East

Brooklyn ny. 11201

1120181832