**TRANSLATION**

I'm writing you, most courteously, to tell you the following: I'm sorry to bother you to ask that you authorize a visit from my wife and bring the girls as well.  Her detention ends on September 13, 2023, and she will be able to travel anywhere in the country.  From that date forward she will be on probation.  The Prosecutors were opposed to her visiting me when I was taken to New York, arguing that she could pass threatening messages to the witnesses and that it was [their duty] to protect them.  This is ridiculous since all conversations during the visits are recorded.  There are also cameras.  Now the Prosecution doesn't have these concerns since Guzman has been sentenced.  There aren't even any hearings.  I don't see why my wife shouldn't be given permission to visit me and to also bring the girls.  Your Honor, Guzman is asking as a favor that you allow his wife to visit.  She is the only person who would be able to do so, since his sisters and mother do not have travel visas allowing them to go to Colorado to visit Guzman.  The children are in school in Mexico and can only travel to visit their father during the vacation period, 2 times per year [or] 3 times at most.

        Thanking you in advance,

Translated by Certified Spanish interpreter, Rosa Olivera, on August 25, 2023.