Zambada - cross - Balarezo                                    4244

conversation specifically about that, but yes.

Q     And part of the reason that you talked about it was because it was in the news, right?

A     Yes, yes.  I talked about the Cardinal.  Each year, the Cardinal is remembered.

Q     And you know, though, that each year that the cardinal is remembered, Compadre Chapo is also remembered by the news and the media in Mexico, right?

A     Yes -- yes, sir, that's what I said.

Q     And the reason he's remembered by the media in all of Mexico is because they tie him to the murder of Cardinal Ocampo, correct?

A     That's what the news says.

Q     But you know that Compadre Chapo didn't kill him, right?

A     That's what I said yesterday, that he didn't kill him.

Q     The Arrellano Felix's killed Cardinal Ocampo.

A     Yes, sir.

Q     And you know, once again, from living in Mexico at the time, from being in the business at that time that prior to the murder of the Cardinal Ocampo, the Mexican public in large had no idea who Compadre Chapo was, correct?

A     Yes, sir.

Q     It was only when the news blew up, Chapo hit the spotlight, right?

A     Yes, sir.

*Denise Parisi, RPR, CRR*
*Official Court Reporter*

Zambada - cross - Balarezo    4245

Q    And when after he had been arrested in Guatemala and taken back to Mexico and was at the prison -- do remember talking about that?
A    Yes, sir.
Q    And Compadre Chapo got out of that prison in a laundry cart, right?
A    Yes, sir.
Q    Compadre Chapo blew up even bigger, right?
A    Yes, sir, that's correct.
Q    Unlike your father who was in the shadows, Compadre Chapo was all over the news.
A    Yes, sir.
Q    Now, during those various meetings that you had with the Government -- well, strike that.
       You believed at some point that there was a, quote/unquote, campaign to inflate Compadre Chapo's persona in order to get him arrested, correct?
A    Yes.  We talked about it, my dad and Compadre Chapo, all together.
Q    And that campaign was by whom?
A    The Government.
Q    What Government?
A    Well, Mexico and the United States, too.
Q    So according to you, the Government of Mexico and the Government of the United States made Compadre Chapo bigger

Denise Parisi, RPR, CRR
Official Court Reporter

Zambada - cross - Balarezo                                              4246

than he was, made him this persona that was a myth in order to bring him down, right?

A     Well, sir, because of the escape, I mean, yeah, there was more that was said about that, about him.  And, like I said, we did talk about it, and there was a campaign against him.

Q     Because then the Government of Mexico and the United States can say, hey, we took down Chapo Guzman, right?

A     Well, it was my Compadre Chapo, and just like that, they also wanted to get to my father.

Q     Right.

      But who is sitting here today?

A     My Compadre Chapo.

Q     Your father, Papa Mayo, still in Sinaloa, right?

A     I imagine so, in Sinaloa.

Q     Leading the cartel in Sinaloa, correct?

A     Yes, sir.

Q     Now, you and your Papa Mayo are not the only drug traffickers in your family, correct?

A     Well, yes.  Me, my dad, and my Uncle Rey, who has also been arrested.

Q     Rey Zambade is also a drug trafficker, pled guilty, and testified against Compadre Chapo in this case, right?

A     Yes.

Q     And during the entire time that you have been locked up in the United States, you have had contact with your family.