Zambada Garcia - cross - Purpura                1100

1  A    Correct.
2  Q    And the very next day, you had another proffer on
3  May 24th in 2012 and you told government counsel and
4  government agents that Kiki Fernandez was a major investor
5  with your brother, correct?
6  A    Correct.
7  Q    And then you also named other people who shared loads if
8  the load was big with your brother Mayo, do you remember that?
9  A    Yes, sir.
10 Q    And you named specifically Kiki, Tocayo, Alonso, Vicente
11 Zambada, Benny Contreras, and then you mentioned other
12 investors that would occasionally invest with your brother was
13 Richard Arroyo, Chepe, Chichi; no mention of Chapo, correct?
14 A    Correct.
15 Q    And that's when the information was fresh in your mind,
16 correct?
17 A    True.
18 Q    Just a few questions about corruption and we're almost
19 finished.
20         You spoke about Hector Beltran Leyva.  Do you
21 remember that?
22 A    Perhaps, yes.
23 Q    Hector.  He had a nickname, didn't he?
24 A    True.
25 Q    Elegante?