Ramirez - direct - Goldbarg                              1994

1   EXAMINATION CONTINUES
2   BY MS. GOLDBARG:
3   Q    According to this ledger, who was responsible for
4   receiving this cocaine on behalf of The Sinaloa Cartel?
5   A    Nacho Coronel.
6   Q    How do you know that?
7   A    Because of my lieutenants and because the N was a code
8   word we used in the ledgers to refer to him.
9   Q    Showing you what's now in evidence as Government
10  Exhibit 604-C.
11          (Exhibit published.)
12  Q    This is Page 1.
13          THE COURT:  304-C, right?
14          MS. GOLDBARG:  Yes, sir.  Yes, Your Honor.
15  Q    This is page 1 (published) and now I am showing you
16  page 2 (published).
17          According to this ledger, how many kilos of cocaine
18  were sent on Juanita - 4?
19  A    8,000 kilos of cocaine.
20  Q    Can you circle where you see that?
21  A    Correct.  (So marked.)
22  Q    And according to this ledger, who was responsible for
23  receiving the cocaine shipment at the high seas for The
24  Sinaloa Cartel?
25  A    Mr. Guzmán Loera.

                SAM      OCR      RMR      CRR      RPR