Ramirez - direct - Goldbarg     2005

```
 1  DIRECT EXAMINATION
 2  BY MS. GOLDBARG:   (Continuing)
 3  Q    Going through Government Exhibit 302-H in evidence, which
 4  is the ledger for juanita nine, can you tell the jury how many
 5  kilos of cocaine you sent to the Sinaloa Cartel in juanita
 6  nine?
 7  A    12,000 kilos of cocaine.
 8  Q    According to this ledger, who was responsible within the
 9  Sinaloa Cartel of receiving this juanita nine cocaine
10  shipment?
11  A    Nacho Coronel.
12  Q    And how do you know that?
13  A    From the accountant, from my lieutenant, and because
14  Nieto was a code word that we used to use to refer to Nacho
15  Coronel.
16  Q    Can you tell us where on the ledger it shows Nieto,
17  N-I-E-T-O?
18  A    Here.
19  Q    According to this record, how many kilos of cocaine did
20  the Sinaloa Cartel invest in in juanita nine?
21  A    2,500 kilos of cocaine.
22  Q    Lastly, going to juanita ten, Government Exhibit 302-I,
23  according to this exhibit, accounting for juanita ten, how
24  many kilos of cocaine did you send to the Sinaloa Cartel?
25  A    3,200 kilos of cocaine.
```

MDL     RPR     CRR     CSR