JURY CHARGE

```
 1  translation that was given by the interpreters.
 2              That instruction also applies to the audio
 3  recordings that were entered into evidence.  You have received
 4  transcripts of foreign language calls that are translations of
 5  these recordings.  These transcripts are evidence, not just
 6  guides; and I instruct you to consider them just like any
 7  other evidence in the case.
 8              Now you've also heard evidence in the form of audio
 9  recordings of conversations that were obtained without
10  knowledge of some or all of the parties to those
11  conversations.  You've also seen and heard evidence obtained
12  through court-authorized search and wiretap warrants.  This
13  evidence was obtained lawfully, and the Government has the
14  right to use it in this case.  Law enforcement techniques are
15  not your concern.  I deal with those before the trial ever
16  starts.  The evidence that you've heard is the evidence you're
17  supposed to hear.
18              Please remember that the Government is not on trial,
19  and I instruct you to disregard any arguments that may have
20  been made to the contrary.  There is no evidence that the
21  Government operated under any kind of improper motive.  You
22  must base your decision only on the evidence or lack of
23  evidence that has been presented at trial in determining
24  whether the Government has met its burden of proving
25  defendant's guilt beyond a reasonable doubt.
```