C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
  UNITED STATES OF AMERICA,        :

                                              :  **ORDER**

        -against-                  :

                                              :  09-cr-466 (BMC)

  JOAQUIN ARCHIVALDO GUZMAN
  LOERA,                                         :

                                Defendant.  :
---------------------------------------------------------- X

**COGAN**, District Judge.

      Defendant, currently serving a sentence of life imprisonment in Florence, Colorado following his conviction before this Court, has written a letter requesting that the Court order the Bureau of Prisons to increase personal and telephone visits with his wife and daughters. The basis of the request appears to be defendant's belief that this Court previously authorized two telephone calls per month and he is not receiving those calls.

      If defendant is referring to the Special Administrative Measures that were in effect prior to and during his trial, those measures were superseded once he was convicted and the Bureau of Prisons assigned him to his present facility. After his conviction, the Bureau of Prisons became solely responsible for his conditions of his confinement, and this Court has no power to alter the conditions that the Bureau of Prisons has imposed. Accordingly, his request must be denied

2

without prejudice to seek modification of his conditions of confinement from the Bureau of Prisons.

**SO ORDERED.**

*Brian M. Cogan*
_____
U.S.D.J.

Dated: Brooklyn, New York
       April 10, 2024