5/15/2024

Onorable Juez cogan,
por favor acepte este escrito que le ase llegar
mi abogada de mi parte

Joaquín Guzmán L.