F. #2009R01065/OCDETF# NY-NYE-616

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                                       09-CR-466 (BMC) (S-5)

ISMAEL ZAMBADA GARCIA,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Francisco J. Navarro from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Francisco J. Navarro
      United States Attorney's Office (Criminal Division)
      271-A Cadman Plaza East
      Brooklyn, New York 11201
      Tel:  (718) 254-6007
      Email: francisco.navarro@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Francisco J. Navarro at the email address set forth above.

Dated: Brooklyn, New York
August 6, 2024

                                      Respectfully submitted,

                                      BREON PEACE
                                      United States Attorney

By:   /s/ Francisco J. Navarro
        Francisco J. Navarro
        Assistant United States Attorney

cc:     Clerk of the Court (BMC)