# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** James Cho | **DATE:** 9/13/2024 |
| **CLERK:** D.Wright | |
| **DOCKET #:** 09 CR 4669(s-5)(BMC) | **LOG TIME:** 10:12-10:28am |
| **DEFENDANTS NAME:** Ismael Zambada Garcia | |

__x__ Present  ____ Not Present  __x__ Custody  ____ Bail

**DEFENSE COUNSEL:** Frank Perez

| ____ Court Appointed | ____ Federal Defender | ____ CJA | __x__ Retained |
|---|---|---|---|

**A.U.S.A:** Francisco Navarro, Robert Pollak, Adam Amir, Lauren Bowman, Andrea Goldberg, Melanie Alsworth

**INTERPRETER:** Mario Michelena    **LANGUAGE:** Spanish

Defendant arraigned on the: ___ Complaint ___ Indictment __x__ Superseding Indictment ___ Probation Violation

__x__ Defendant pleads NOT GUILTY to ALL counts.

____ Government Agent Sworn          __x__ Rule 5f warnings given to the govt.

__x__ DETENTION HEARING Held.       __x__ Defendants first appearance.

____ BAIL HEARING Held.

____ Bond set at $

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody. ____ Leave to reopen granted.

____ Temporary Order of Detention Issued.    ____ Bail Hearing set for
____ Preliminary Hearing set for              ____ Preliminary Hearing waived by defendant

__x__ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

__x__ Order of Excludable Delay/Speedy Trial entered. | Start Date: 9/13/2024    End Date: 10/31/2024

**Removal District:**                         **Removal District Case Number:**

____ Removal (Rule 5) Proceeding held.
____ Identity hearing held                    **Court:** ____ Orders removal  ____ Denies Removal
____ Defendant waives Identity hearing        ____ Defendant waives Preliminary hearing
____ No bail application presented to the court. Commitment to the District entered.
____ Medical memo issued.
____ Defendant failed to appear; bench warrant issued.
__x__ Status conference set for **10/31/2024** @ **12:00pm** before District Judge: Cogan

**Other Rulings:** Court Reporter Andronikh Barna present. Order of detention entered.