UNITED SATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X

UNITED STATES OF AMERICA

V.                                                                                    09-CR-466-(BMC) (S5)

ISMAEL ZAMBADA GARCIA,                                  NOTICE OF MOTION TO
                                                                                     ADMIT COUNSEL *PRO HAC VICE*

DEFNDANT

-----------------------------------------------X

TO:   Opposing Counsel
         Assistant U.S. Attorney Francisco J. Navarro
         United States Attorney's Office (Criminal Division)
         271-A Cadman Plaza East
         Brookly, New York  11201

PLEASE TAKE NOTICE that upon the annexed affidavit of Movant in support of this Motion and the Certificate of Good Standing annexed hereto, I, Clark Birdsall will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Movant, a member of the Law Office of Clark Birdsall and a member in good standing of the United States District Court for the Northern District of Texas, as *appearing attorney to be noticed* in the matter of Ismael Zambada Garcia a/k/a "El Mayo", "Mayo Zambada", "Doctor", "La Doc", "Doctora", "El Lic", "Mike", and "Mayo El Senor". There are no pending disciplinary proceedings against me in any state or federal court.

NOTICE OF MOTION TO ADMIT COUNSEL *PO HAC VICE* – Page 1

Respectfully submitted,

Dated: 1/10/25

_____
Clark Birdsall, Movant
Law Office of Clark Birdsall
State Bar No. 02333500
9110 Seyene Rd.
Dallas, Texas 75227
Telephone (214) 828-9911
Facsimile (214) 828-2104
Email: clarkbirds@aol.com

Attorney for Defendant

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**Clark Eugene Birdsall**

Bar Number:  Date of Admission:

**02333500**  **09/18/2003**

Witness my official signature and the seal of this court.

Dated: 01/10/2025

Karen Mitchell,
Clerk of Court

By: s/ B. Hill
Deputy Clerk