UNITED SATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

V.     09-CR-466-(BMC) (S5)

ISMAEL ZAMBADA GARCIA,

DEFENDANT

-------------------------------------------------X

## NOTICE OF APPEARANCE

    I wish to enter my appearance as co-counsel for the above-named defendant in this cause. I understand that it is my duty to continue to represent the named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; unless and until, after written motion filed by me, I am relieved by the Order of the Court.

DATED: January 16, 2025

                                                      Respectfully submitted,

                                                      /s/*Clark Birdsall*  
                                                      Clark Birdsall  
                                                      State Bar No. 02333500  
                                                      9110 Scyene Rd.  
                                                      Dallas, Texas  75227  
                                                      Telephone (214) 828-9911  
                                                      Facsimile (214) 828-2104  
                                                      Email: clarkbirds@aol.com

                                                    ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January 2025 the foregoing Notice of Appearance was filed electronically with the clerk of the United States District Court for the Eastern District of New York to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney and all other counsel.

                                          /s/ *Clark Birdsall*
                                          Clark Birdsall