AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 09-CR-466(BMC) |
| JOAQUIN ARCHIVALDO GUZMAN LOERA | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOAQUIN ARCHIVALDO GUZMAN LOERA.

Date: 07/01/2025

*Attorney's signature*

Israel Jose Encinosa, FL Bar $ 435007
*Printed name and bar number*

92300 Overseas Highway, Suite 302
Tavernier, FL 33070
*Address*

encinosalaw@reagan.com
*E-mail address*

(305) 804-6976
*Telephone number*

(305) 203-4707
*FAX number*