SCANNED

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 05 2025 ★
BROOKLYN OFFICE

7/15/2025

onorable Juez Brian M. Cogan

de la mora mas atenta y Respetosamente le Escribo lo sigiente me mando desir el abogado Jose israel Encinosa que ya va ase 3 semanas que usted autorizo que el Gobierno le permita al abogado Encinosa que me pueda visitar y ablar por telefono y Escribirme pero asta el dia de oy no le an autorisado mi llamada por telefono el abogado me Escribio ase bajias semanas pero asta el dia de oy no me an Entregado las 2 cartas que me Escribio el abogado Encinosa el abogado tiene al Rededor de 10 meses batallando que le autorise el gobierno poder visitarme ablar por telefono yo pense que ahora que usted ordeno que autorisen al abogado Encinosa que me visite y que me able por telefono pero asta el dia de oy al abogado no le an autorisado disculpe que lo moleste otra vez de nuebo ase al Rededor de un mes y medio le Escribi pidiendole de favor le autorisara al abogado Encinosa su petesion de ordenar al Gobierno que autorisaran al abogado Encinosa me pudiera visitar le doy las gracias por ordenar que le autorisen al abogado que me visite y me able por telefono y de nuebo lo molesto que le ordene otra vez al Gobierno que le autorisen al abogado que me visite y me able por telefono ya que para mi es vital el abogado de antemano le agradesco Joaquin guzman L.