

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN/RMP/LAB/AA/RMQ
F. #2009R01065/OCDETF#NY-NYE-616

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 5, 2025

By ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Ismael Zambada Garcia
                   Criminal Docket No. 09-466 (BMC) (S-5)

Dear Judge Cogan:

      The government respectfully submits this letter to inform the Court and the defense that the Attorney General has authorized and directed this Office not to seek the death penalty against the defendant Ismael Zambada Garcia.

                                           Respectfully submitted,

                                           JOSEPH NOCELLA, JR.
                                           United States Attorney

                      By:    /s/ Francisco J. Navarro
                                           Francisco J. Navarro
                                           Robert M. Pollack
                                           Lauren A. Bowman
                                           Adam Amir
                                           Rebecca M. Urquiola
                                           Assistant United States Attorneys
                                           (718) 254-7000

cc:    Defense Counsel (by ECF)
        Clerk of Court (BMC) (by ECF)