# ENCINOSA LAW, P.A.
## ISRAEL JOSE ENCINOSA
ATTORNEY-AT-LAW
92300 Overseas Hwy, Suite-302
Tavernier, FL 33070

Tel. (305) 804-6976
Fax. (305) 203-4707
encinosalaw@reagan.com

August 11th, 2025

By ECF
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East Brooklyn,
New York 11201

Re: United States v. Joaquin Archivaldo Guzman Loera,
Criminal Docket No. 09-466 (BMC-RLM)

Dear Judge Cogan:

In response to the letter filed pro se by the Defendant, Joaquin Archivaldo Guzman Loera, [D.N.: 768] please note that Mr. Guzman mailed that letter over two months ago and by the time that said letter was docketed with the Clerk of Court, the undersigned attorney had already executed the SAMs Affirmation and was authorized to engage in legal communication with the Defendant, Joaquín Archivaldo Guzman Loera. The undersigned attorney has been authorized to engage in on going attorney client telephone calls and personal conferences with Mr. Guzman Loera. In fact, the undersigned attorney has been authorized to meet with Mr. Guzman Loera at ADX-Florence in person. Therefore, there are no outstanding issues regard attorney client communication between Mr. Guzman Loera and the undersigned attorney.

Respectfully Submitted

By: /s/ *Israel Jose Encinosa.*
Israel Jose Encinosa, Esq.