**C/M**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOAQUIN ARCHEVALDO GUZMAN LOERA,<br><br>Defendant. | : | **ORDER**<br><br>09-cr-466 (BMC) |

---------------------------------------------------------- X

**COGAN**, District Judge.

Over the last two weeks, defendant has filed five letters asking for various relief: "Mandate Release" [779]; "Case Appeal requesting re-trial" [780]; "Extradition Release back to Country" [781]; "Requesting documents on how the jury came back with verdict of my trial" [782]; and "Wrongful conviction" [783].

Some of these documents make no sense and none of them have any legal merit. They are all accordingly DENIED.

**SO ORDERED.**

Brian M. Cogan
U.S.D.J.

Dated: Brooklyn, New York
May 4, 2026