

Joaquin El Chapo Loera Guzman
# 89914-053
5591 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, CO 81226

June 25, 2026

### Extradition Policy / Open Case

Dear, hi to the U.S. District Eastern Policy of my Extradition Clause and the reopen of my federal Case, I'm Mr. Joaquin El Chapo Loera Guzman that has rights from both country as Mexico and USA on getting deported to the U.S. on the standard laws of Reopen my federal case. The 1st Step Act law supposed to have a relief Action on my sentence on the Closing of my case since 2022, and I'm filing this letter to the Judicial Policy of my citizenship on fairness of the misevidence that wasn't mention. This is a polite letter on the Appeal Courts and the Judges that supposed to follow the constitutional law on my foreign laws on asking for a retrial. In the extradition Policy of the Bill of Rights is a legal Political Policy information of my request to seek a different verdict once my case is Reopen on my own petition letter is the rights in the United States.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
Signature

REC'D IN PRO SE OFFICE
JUL 8 '26 AM 9:52

Joaquin El Chapo Loera Guzman
#89914-053
55560 Hwy south 67
P.O. Box 8300



29 JUN 2026 AM 3 L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 07 2026   ★

BROOKLYN OFFICE

SWSO

The United States District Court
Theodore Roosevelt United States
Courthouse
2-25 Cadman Plaza East
Brooklyn, NY 11201

11201-183299