Brooklyn Eastern District of New York    Joaquin El Chapo Loera Guzman
Theodore Roosevelt U.S.    # 8914-053
Courthouse 225 Plaza East    5880 Hwy South 67
2nd Floor, South Wing Rm 219    P.O. Box 8500
Brooklyn, New York 11201 Federal Courts Violation    U.S. Penitentiary ADMAF Florence, CO 81226

Dear, hi to the U.S. District courts of the Eastern district of New York on my trial federal Courts Violation. The Jurisdiction Policy to my case is a law in the courts operate under strict federal Rules of Evidence on my citizenship of Mexico was wrongful to my country. The United States have no proof of Evidence in the federal courts that I did any harm to the American people on giving me life for someone else wrong doing. I'm also out of 50 states of the U.S.A. how can the illegal framework Just give me a state to have my trial where I haven't did any harm or commit any crime for my constitutional violation for my human rights. The Interstate Extradition Violation was wrongful to my foreign Policy on the assumption of violence was happening on blaming me with out being in the U.S.A. is a law to my possession Policy for my freedom to reopen my case as new evidence to the U.S. District Courts of Eastern district of New York of my federal Trial - Thanks to the Judge on following his Judicial Constitutional Laws for my equal rights to my freedom back to Mexico.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
Signatory

RECEIVED
JUL 13 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUL 14 26 AM 11:39



Joaquin El Chapo Loera Guzman
#89914-053
5880 Hwy South 67
P.O. Box 8500
U.S Penitentiary ADMAX
Florence, Co 81726

2 JUL 2026   AM 3   L

250

UNITED STATES
OF AMERICA
FOREVER/USA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 14 2026   ★

BROOKLYN OFFICE

Brooklyn Eastern District of New York
Theodore Roosevelt U.S Courthouse
225 Cadman Plaza East 2nd Floor
South Wing Rm 219
Brooklyn New York 11201

1120131821 C030