JUL 15 2026

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 15 2026   ★

BROOKLYN OFFICE

<u>Motion to Vacate</u>

Dear, hi to the <u>federal criminal case</u> in Eastern District of <u>New York</u>, (under 28 U.S.C. 2255) for a a motion for a <u>New trial</u>. This is a petition letter that am <u>presenting</u> on <u>compelling</u> newly <u>discovered evidence</u> on proving my <u>unseen present</u> to the <u>constitutional</u> or <u>procedural error accurred</u>. The topic to reopen my case are <u>filing the Motion</u>, <u>Strict Time Limits</u>, <u>Successive Petitions</u>, and <u>Foreign International Costs</u> that has been involve <u>extradition jurisdiction</u> from another country on seeking a different <u>approach</u> of my <u>verdict</u> on giving back 30 years and a <u>life sentence</u> for my <u>wrongful deliberation</u>. The <u>grounds</u> of the <u>ineffective assistance of counsel</u> in the <u>Judicial Policy</u> has to give me a <u>fair chance</u> of the <u>law</u> on the <u>petition</u> to Motion to Vacate my <u>federal case</u>. I'm asking for a motion to vacate Judgement to nullify or overturn a prior ruling on excusable mistake of my case. Thanks to the <u>Judge</u> on my <u>petition letter</u> on being presented to my <u>lawyer</u> and <u>file</u> on the reopen of my <u>case</u> on <u>following the Bill of Rights Policy</u> for my case <u>dismissed</u> on <u>hardcore evidence</u>.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
Signature

REC'D IN PRO SE OFFICE
JUL 15 '26 AM 11:17

Joaquin El Chapo Loera Guzman
#89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226



8 JUL 2026    AM 2   L

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUL 15 2026    ★

BROOKLYN OFFICE



Eastern District of New York
Theodore Roosevelt U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-189899