Joaquin El Chapo Loera Guzman
#89914-053
54880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, CO 81226

Appeal Policy

Dear, hi to the Brooklyn Courts of Appeal Policy for me Joaquin El Chapo Loera Guzman reopen to the courts on equal U.S violation. Today, am writing a mandatory mandate Appeal acceptance to the courts on the reopen of my foreign rights to the U.S eastern district courts. The Blocking Policy of the law for my freedom is wrongful towards my unseen Act Policy to the United States of America, of not been seen on camera. The Constitutional Blocking policy to the Judicial standpoint to my legal action on petition my letter of all Judges on Righteousness of the law. This is my consent letter of careness for my life and freedom on being lockdown with no privileges, as phone calls, visitation, and fairness to my case on being reopen. Thanks to the Judicial of the Judge on writing me back and sending a constitutional facility policy as equal rights on receiving privileges for my wronful conviction.

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
Signature

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 20 2026 ★
BROOKLYN OFFICE

REC'D IN PRO SE OFFICE
JUL 20 '26 AM 11 25

R E C E I V E D
JUL 2 0 2026
PRO SE OFFICE

Joaquin El Chapo Guzman
# 89914-053
5880 Hwy South 67
P.O.Box 8500
U·S Penitentiary ADMAX
Florence, CO 81226



JACKSON MS 590
14 JUL 2026 AM 3 L

BROOKLYN OFFICE

JUL 20 2026

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

USMS

U.S Eastern District of New York
Theodore Roosevelt U·S Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299