U.S. Eastern District Court
Theodore Roosevelt Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 28 2026 ★
BROOKLYN OFFICE

July 22, 2026

Joaquin El Chapo Loera Guz
89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

Judicial Blocking Policy

Dear, hi to the Eastern Districts Courts Judicial Blocking Policy of my 1st amendment has been violated to the law on my behalf as Joaquin El Chapo Loera Guzman. The administrative Closure has the right on taking my legal petition on the active docket for my case condition change to the laws. In also the exception to the Blocking Policy is proof that did not exist and mention that could not be found to my original trial. The motion to reopen a case only takes 1 year to my incarceration violation for my release. The fraud or Misconduct clear proof that the other side lied or cheated to win the first Judgement can break the block on my case on following the federal Judgement laws. Thanks to the Brooklyn Judgment on following the law to reopen my case on this violation Blocking Policy

Joaquin El Chapo Loera Guzman

Joaquin El Chapo Loera Guzman
Signature

RECEIVED
JUL 28 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUL 28 '26 AM 11:09

Joaquin El Chapo Loera Guzman
#89914-053
5880 Hwy South 67
P.O. Box 8500
U.S. Penitentiary ADMAX
Florence, Co 81226

23 JUL 2026 AM 3 L

UNITED STATES OF AMERICA
FOREVER/USA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 28 2026 ★
BROOKLYN OFFICE

U.S. Eastern District Court
Theodore Roosevelt Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299